UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Jing Gao, et al. | § | |
| | § | |
| *versus* | § | Case Number: 3:16–cv–00323 |
| | § | |
| Blue Ridge Landfill TX, LP | § | |

## Notice of Reassignment

By agreement of the judges, this case is reassigned to the docket of United States District Judge Lynn N Hughes. Deadlines in scheduling orders remain in effect, and all court settings are vacated

Date: November 14, 2017

David J. Bradley, Clerk