IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JING GAO, ALVIN RABSATT, BARRY NIXON, PATRICIA NIXON, KATHERINE PIERCE, ARTHUR PIERCE, MADISON LOWE, and IOLANDA LOWE, on behalf of themselves and all others similarly situated, | § § § § § § § | CIVIL ACTION NO. 3:16-cv-00323 |
| VS. | | |
| BLUE RIDGE LANDFILL TX, LP | | |

## JOINT MOTION TO ADJOURN ALL DATES IN FIRST AMENDED DOCKET CONTROL ORDER

Defendant Blue Ridge Landfill TX, LP, and Plaintiffs Jing Gao, Alvin Rabsatt, Barry Nixon, Patricia Nixon, Katherine Pierce, Madison Lowe, and Iolanda Lowe (collectively "the Parties") hereby request that the Court vacate all dates in the First Amended Docket Control Order ([Dkt. No. 34]) and in support thereof, would respectfully show as follows:

1. The First Amended Docket Control Order ("DCO") bifurcates this case into separate stages for class certification discovery and briefing and a subsequent merits stage.

2. The DCO contains dates for the completion of class certification discovery, the identification of the parties' experts, and Plaintiffs' motion for class certification.

3. The Parties have made all efforts to conduct discovery in the time allotted by the DCO. However, due to a number of circumstances including Hurricane Harvey, regulatory limitations on access to documents, and the parties' unsuccessful efforts to resolve the case through mediation, the Parties anticipate that they will be unable to complete

discovery within the timeframe anticipated by the DCO.

4. The Parties are continuing to conduct discovery on an aggressive timeline, with document inspection and a corporate designee deposition scheduled for the week of December 4, 2017.

5. An initial conference is currently set for January 18, 2018 at 10 AM. ([Dkt. No. 38]).

6. The Parties request that the Court vacate all dates in the scheduling order until the time of the initial conference. The Parties will propose a new timeline at the initial conference to facilitate the completion of class certification discovery and briefing.

**Dated: November 30, 2017**

Respectfully submitted,

GILMAN ✵ALLISON LLP

/s/ Brenton J. Allison
Brenton J. Allison
Texas Bar No. 24040417
Federal I.D. No. 36863
Douglas T. Gilman
Texas Bar No. 24048496
Federal I.D. No. 19897
Telephone (713) 224-6622
Facsimile (866) 543-3643
ballison@gilmanallison.com

David R. Dubin*
Nicholas A. Coulson*
*Pro Hac Vice Motions to be Submitted*
**LIDDLE & DUBIN PC**
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101
Tel: (313) 392-0015/Fax: (313) (313) 392-0025
ddubin@ldclassaction.com
ncoulson@ldclassaction.com

**ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS**

          **BECK   REDDEN LLP**

          */s/ Troy Ford*
          Troy Ford
          Texas Bar No. 00790980
          Owen J. McGovern
          Texas Bar No. 24092804
          Beck Redden LLP
          1221 McKinney Street
          Houston, Texas 77010
          Tel: 713.951.6222
          Fax: 713.951.3720
          tford@beckredden.com
          omcgovern@beckredden.com

          Karson K. Thompson
          State Bar No. 24083966
          515 Congress Avenue, Suite 1900
          Austin, Texas 78701
          Tel: 512.708.1000
          Fax: 512.708.1002
          kthompson@beckredden.com

          **ATTORNEYS FOR DEFENDANT**
          **BLUE RIDGE LANDFILL TX, LP**

**OF COUNSEL:**

GILMAN ✸ ALLISON LLP

Liddle & Dubin, P.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on all counsel of record on this 30th day of November, 2017, by electronic service through email service.

/s/ *Brenton J. Allison*
Brenton J. Allison