UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Jing Gao, et al., | § |
|     Plaintiffs, | § |
| versus | §    Civil Action G-16-323 |
| Blue Ridge Landfill TX, LP, | § |
|     Defendant. | § |

## Order Suspending Deadlines

On the parties' joint motion, the deadlines in the first amended docket control order are suspended until the conference of January 18, 2018. (39)

Signed on November 30, 2017, at Houston, Texas.

                          Lynn N. Hughes
                          United States District Judge