Issued by the
# UNITED STATES DISTRICT COURT
SOUTHERN　　　　　DISTRICT OF　　　　　TEXAS

| | |
|---|---|
| JING GAO, et al<br>　　　Plaintiff, | SUBPOENA IN A CIVIL CASE |
| VS. | CIVIL ACTION NO. 3:16-cv-00323 |
| BLUE RIDGE LANDFILL TX, LP<br>　　　Defendant. | |

TO:　　CORPORATE REPRESENTATIVE OF LONE STAR RECYCLING & DISPOSAL FACILITY
　　　　c/o DEREK McDONALD, Attorney of Record
　　　　98 San Jacinto Blvd., Ste. 1500
　　　　Austin, TX 78701

☑ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

**PLACE OF TESTIMONY:**　OFFICES OF BECK REDDEN, LLP　　**DATE AND TIME:** DECEMBER 13, 2017
　　　　　　　　　　　　　1221 McKinney St., Ste. 4500　　　　　　　　　　　　　　9:00 A.M.
　　　　　　　　　　　　　Houston, TX 77010

**ISSUING OFFICER'S SIGNATURE AND TITLE:** ATTORNEY FOR DEFENDANT　　**DATE:** NOVEMBER 17, 2017

*[signature]*

**ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER**

OWEN J. McGOVERN, 1221 McKINNEY STREET, HOUSTON, TX 77010, (713)951-6222

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* CORP REP of LONESTAR RECYCLING & DISPOSAL FACILITY on *(date)* 11/17/17 .

☑ I served the subpoena by delivering a copy to the named individual as follows: Delivered to Derek McDonald, Attorney of Record, by delivering to WADE ACUSON, authorized to accept — at 98 San Jacinto Blvd #1500, Austin, TX on *(date)* 11/17/17 at 3:43 PM

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/17/17

*Kelly Land*
Server's signature

*Kelly Land*
Printed name and title

5926 Balcones Dr #290
Austin, TX 78731
Server's address

Additional information regarding attempted service, etc.: