Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     TEXAS

JING GAO, et al
    Plaintiff,

VS.

BLUE RIDGE LANDFILL TX, LP
    Defendant.

**SUBPOENA IN A CIVIL CASE**

CIVIL ACTION NO. 3:16-cv-00323

TO:    CORPORATE REPRESENTATIVE OF NALCO COMPANY, LLC
       c/o KEVIN D. COLLINS, Attorney of Record
       111 Congress Avenue, Ste. 2300
       Austin, TX 78701

☑ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF TESTIMONY: | OFFICES OF BECK REDDEN, LLP<br>1221 McKinney St., Ste. 4500<br>Houston, TX 77010 | DATE AND TIME: DECEMBER 12, 2017<br>9:00 A.M. |
|---|---|---|

ISSUING OFFICER'S SIGNATURE AND TITLE: ATTORNEY FOR DEFENDANT    DATE: NOVEMBER 17, 2017

*[signature]*

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

OWEN J. MCGOVERN, 1221 McKINNEY STREET, HOUSTON, TX 77010, (713)951-6222

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* CORP. REP. of NALCO COMPANY, LLC
on *(date)* 11/17/17.

☑ I served the subpoena by delivering a copy to the named individual as follows: Delivered to KEVIN D. COLLINS, Attorney of Record, by delivering to WHIT SWIFT Authorized to accept — at 111 Congress Ave, #2300, Austin, TX on *(date)* 11/17/17 at 3:23 PM

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 11/17/17

_____
Server's signature

Kelly Land
Printed name and title

5926 BALCONES DR, STE. 290
AUSTIN, TX 78731
Server's address

Additional information regarding attempted service, etc.: