| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2017
David J. Bradley, Clerk

Jing Gao, et al., §
§
    Plaintiffs, §
§
versus §    Civil Action G-16-323
§
Blue Ridge Landfill TX, LP, §
§
    Defendant. §

# Order

1. Blue Ridge Landfill TX, LP, may designate Nalco Champion Chemical Company, Reflection Bay Waste Water Treatment Plant, Syntech Chemicals, and Lone Star Disposal as responsible third parties. (35)

2. Blue Ridge Landfill's subpoena is quashed. (43)

Signed on December 5, 2017, at Houston, Texas.

                                                  Lynn N. Hughes
                                        United States District Judge