UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 18, 2018
David J. Bradley, Clerk

*Jing Gao, et al.* §
§
*versus* §     Civil Action 3:16-323
§
*Blue Ridge Landfill* §
§

## Conference Memorandum

Counsel: Nicholas Coulson, Brenton Allison            Representing: Ps Gao, et al.

Troy Ford, William Beck                                D. Blue Ridge

Date: January 18, 2018                Reporter: Metzger
Started: 10:02 a.m.                    Ended: 10:56 a.m.

At the conference, these rulings were made:

_____

☑ Order to be entered.
☑ A pretrial conference is set for:   10:00 Am  on  July 12 , 2018.
☐ A hearing is set for:    _____ on _____, 2018.
☐ Trial preparation to be completed by:   _____, 2018.
☐ A trial is set for :    _____ on _____, 2018.
   ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____ ).
☐ Joint Pretrial Order due:   _____, 2018.
☐ Internal review deadline   _____, 2018.

Lynn N. Hughes
United States District Judge