UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 19, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Jing Gao, et al., | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action G-16-323 |
| Blue Ridge Landfill TX, LP, | § § | |
| Defendant. | § | |

## Management Order

1. By January 26, 2018, Blue Ridge Landfill TX, LP, will give Jing Gao, Alvin Rabsatt, Barry Nixon, Patricia Nixon, Madison Lowe, Iolanda Lowe, Katherine Pierce, and Arthur Pierce the documents and the proposal for the Texas Commission on Environmental Quality.

2. By March 20, 2018, Gao, Rabsatt, Nixon, Nixon, Lowe, Lowe, Pierce, and Pierce will give Blue Ridge their technician's report.

3. By June 18, 2018, Blue Ridge will give Gao, Rabsatt, Nixon, Nixon, Lowe, Lowe, Pierce, and Pierce its technician's report.

4. By June 27, 2018, the parties may depose the inspectors, the technicians, Gao, Rabsatt, Nixon, Nixon, Lowe, Lowe, Pierce, and Pierce.

Signed on January 17, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge