UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 19, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Jing Gao, et al., | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action G-16-323 |
| Blue Ridge Landfill TX, LP, | § § § | |
| Defendant. | § | |

## Order Setting Hearing

A conference is set for:

July 12, 2018
at 10:00 a.m.
Courtroom 11-C, Eleventh Floor
515 Rusk Avenue
Houston, Texas 77002

Signed on January __19__, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge