| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 12, 2018
David J. Bradley, Clerk

Jing Gao, et al., §
§
　　　　Plaintiffs, §
§
versus §　　Civil Action G-16-323
§
Blue Ridge Landfill TX, LP, §
§
　　　　Defendant. §

## Order Modifying Subpoenas

1. By August 20, 2018, the Texas Commission on Environmental Quality will give the parties the documents.

2. By August 31, 2018, the parties may depose Yayma Martinez, Seth Tate, and Manuel Gonzalez. (55)

Signed on June 12, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge