UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Jing Gao, et al., | § | |
| | § | |
| *versus* | § | Civil Action 3:16–cv–00323 |
| | § | |
| Blue Ridge Landfill TX, LP. | § | |

# Order Resetting Conference

1. The pretrial conference has been reset to:

   September 18, 2018
   at 10:30 AM

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

   Signed on June 12, 2018, at Houston, Texas.

   _____
   Lynn N. Hughes   USDJ
   United States District Judge