UNITED STATES DISTRICT COURT & SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 12, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Jing Gao, et al., | § |
| Plaintiffs, | § § § |
| versus | §  Civil Action G-16-323 |
| Blue Ridge Landfill TX, LP, | § § § |
| Defendant. | § |

## Order

By August 31, 2018, the parties may depose Kevin McLeod and a representative of the Texas Commission on Environmental Quality. (55)

Signed on June 12, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge