IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JING GAO, et al. | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) CIVIL ACTION NO. 3:16-cv-00323 <br> ) |
| BLUE RIDGE LANDFILL TX, LP | ) <br> ) |
| Defendant. | ) <br> ) |

### AFFIDAVIT OF PATRICE CHILDRESS IN SUPPORT OF BLUE RIDGE LANDFILL TX, LP'S MOTION FOR SUMMARY JUDGMENT

STATE OF TEXAS § §
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Patrice B. Childress, who swore on oath that the following facts are true:

1. My name is Patrice B. Childress. I am over 18 years of age, of sound mind, and fully competent to make this affidavit. I have personal knowledge of the facts stated herein. They are all true and correct.

2. The following exhibits attached to Blue Ridge Landfill TX, LP's Motion for Summary Judgment are true and correct copies of the following:

| Exhibit | Description |
|---|---|
| 1 | Odor Datasheet from Madison Lowe and Iolanda Lowe |
| 2 | Excerpts from the Deposition of Iolanda Ryan-Lowe dated July 11, 2017 |

1

| Exhibit | Description |
|---|---|
| 3 | Odor Datasheet from Barry Nixon and Patricia Nixon dated September 20, 2016 |
| 4 | Excerpts from the Deposition of Barry E. Nixon dated July 12, 2017 |
| 5 | Plaintiff's Original Petition filed by Jeff Frank Nadalo et al. against Allied Waste Landfill Holdings, Inc. and Blue Ridge Landfill TX, LP on January 21, 2009 |
| 6 | Excerpts from the Deposition of Arthur Pierce dated March 23, 2018 |
| 7 | Excerpts from the Deposition of Jing Gao dated March 23, 2018 |
| 8 | Excerpts from the Deposition of Alvin Rabsatt dated July 11, 2017 |
| 9 | Odor Datasheet from Johnnie E. Lewis-Riley dated October 7, 2016 |
| 10 | Odor Datasheet from Calvin Casher |
| 11 | Odor Datasheet from Daniel H. Gonzales and Patricia Gonzales |
| 12 | Sampling of Odor Datasheets |
| 13 | Odor Datasheet from Craig P. Jackson and Angela Jackson |
| 14 | Odor Datasheet from Beverly F. Jacko and Charles A. Jacko |
| 15 | Complaint No. 34105 submitted to the TCEQ against Blue Ridge Landfill dated January 30, 2014 |
| 16 | Complaint No. 84239 submitted to the TCEQ against Blue Ridge Landfill dated November 27, 2006 |
| 17 | Complaint No. 84026 submitted to the TCEQ against Blue Ridge Landfill dated November 14, 2006 |
| 18 | Excerpts from the Deposition of Kathryn Pierce dated July 12, 2017 |
| 19 | Sampling of Complaints submitted to the TCEQ against Blue Ridge Landfill |

| Exhibit | Description |
|---|---|
| 20 | Sampling of Complaints submitted to the TCEQ against Akzo Nobel, Brenntag Southwest, City of Pearland, Honghua America, Lone Star Recycling & Disposal, Nalco, Stericycle, and Syntech Chemicals |
| 21 | Excerpts from the Deposition of Patricia Nixon dated March 23, 2018 |

Further, Affiant sayeth not.

SIGNED on August 10, 2018.

_____
Patrice B. Childress

**SUBSCRIBED AND SWORN TO BEFORE ME** on August 10, 2018, which I certify by my signature and by the seal of my office.

MICHELLE BULTMAN
Notary Public, State of Texas
Comm. Expires 01-24-2019
Notary ID 8818835

_____
Notary Public, State of Texas

3