# EXHIBIT 13

## ADVERTISING MATERIAL
## BLUE RIDGE LANDFILL ODOR DATASHEET

**Please take a few minutes to complete the survey below. This is an attempt to document the experience of residents relating to the odors emitted from the Blue Ridge Landfill**

<u>**Please note that this is a request for information and you may be contacted by this law firm. Your response to this survey will not establish an attorney-client relationship.**</u>

Please return the completed form to:
Gilman & Allison, LLP
2005 Cullen Blvd
Pearland, Texas 77581
Telephone (713) 224-6622 Facsimile (866) 543-3643
ballison@gilmanallison.com

CRAIG P. JACKSON

Your Name (please print)

2420 EVENING STAR DR

Address

PEARLAND, TX 77584

City, State Zip

ANGELA JACKSON

Spouse, Roommate or Partner's name (please print)

CRAIG AND ANGELA @ SBC GLOBAL. NET

E-mail address

713-876-5272

Telephone

1. Do you own the above home? ☑ Yes ☐ No

2ND HOME
2903 AUTUMNBROD Lane (9 years)
PEARLAND, TX 77584

2. If no, are you a tenant? ☐ Yes ☐ No

3. How long have you resided at the property listed above: _5 YEARS_

4. Have you noticed any odors from the Blue Ridge Landfill at your home?
☑ Yes ☐ No

   **If yes, please describe the offensive odors.** _It is a strong odor of SEWER - LIKE SMELL._

5. How long have you experienced the offensive odors at your home? _SINCE PURCHASE_

6. Please briefly summarize how the offensive odors affect your ability to use and/or enjoy your home.

   MY FAMILY DOES NOT SPEND MUCH TIME ENJOYING ACTIVITIES OUT SIDE. I DONT EXERCISE OUTSIDE AS MUCH AS I WOULD LIKE.

I swear that the above answers are true and accurate to the best of my knowledge.

_(signature)_

(Your signature)

_(signature)_

(Spouse/Roommate/Partner's signature)

**Date:**