# EXHIBIT 14

## ADVERTISING MATERIAL
## BLUE RIDGE LANDFILL ODOR DATASHEET

Please take a few minutes to complete the survey below. This is an attempt to document the experience of residents relating to the odors emitted from the Blue Ridge Landfill

*Please note that this is a request for information and you may be contacted by this law firm. Your response to this survey will not establish an attorney-client relationship.*

Please return the completed form to:
Gilman & Allison, LLP
2005 Cullen Blvd
Pearland, Texas 77581
Telephone (713) 224-6622 Facsimile (866) 543-3643
ballison@gilmanallison.com

Your Name (please print): **Beverly F. Jacko**

Spouse, Roommate or Partner's name (please print): **Charles A. Jacko**

Address: **12610 Bethany Bay Drive**

E-mail address: **bevjcharles@aol.com**

City, State Zip: **Pearland, Texas 77584-7820**

Telephone: **(409) 828-0726** [(409) 504-0871]

**Chaundren A. Jacko - Son    5 years +**
**Previous address: 2304 Harbor Chase Drive**
**Pearland, Texas 77584-7820**
**Current: AVION Shadow Creek Apt.**
**2101 Kingsley Drive**
**Apt. # 14102**
**Pearland, TX. 77584-7820**
**e-mail: chaundrenj@yahoo.com**

1. Do you own the above home? ☐ Yes  ☒ No
2. If no, are you a tenant? ☒ Yes  ☐ No
3. How long have you resided at the property listed above: **3 years +**
4. Have you noticed any odors from the Blue Ridge Landfill at your home? ☒ Yes  ☐ No

If yes, please describe the offensive odors. **The odors that I've recognized and smell both inside and outside the home: Rotted egg, sulfur, smell from gas appliance like gas stoves, a sharp, musty, wet smell like decaying wet animal carcass.**

5. How long have you experienced the offensive odors at your home? **The 3 years residing at this address and 1-2 years at 2304 HarborChase Dr. Pearland, TX 77584-7820**

6. Please briefly summarize how the offensive odors affect your ability to use and/or enjoy your home. **Limits the amount of time that one can be or sit on the outside. My eyes, nose, and throat burned (frequently Irritated); throat sore and scratchy, eyes burned and watery, skin smelly and itchy. Experienced, throat, eyes, nasal pain along with headaches, nausea, and vomiting; sometimes dry heaves for days and weeks; required medical atten[tion]**

I swear that the above answers are true and accurate to the best of my knowledge.

(Your signature): **Beverly F. Jacko**

(Spouse/Roommate/Partner's signature): **Charles A. Jacko Sr**

**Chaundren A. Jacko - Son    (Bronchitis / Asthma)**

Date: