# EXHIBIT 15



**SITE SEARCH:**
please enter search p  Go

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**
- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

## Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | 34105 |
| **Complaint Received Date:** | 01/30/2004 |
| **Number Complaining:** | 1 |
| **Status:** | CLOSED |
| **Status Date:** | 02/11/2004 |
| **Nature:** | ODOR |
| **Frequency:** | CURRENT |
| **Duration:** | |
| **Media:** | AIR |
| **Program:** | AIR QUALITY - HIGH LEVEL |
| **Priority:** | Within 30 Calendar Days |
| **Effect:** | GENERAL |
| **Receiving Water Body:** | |
| **Regulated Entity:** | BLUE RIDGE LANDFILL |
| **County:** | FORT BEND |

**Description:**

Landfill creating a nuisance odors.

**Comment:**

No comment available.

**Action Taken:**

No data available.

View Investigation Details                                    Return to Top
New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=34105    7/12/2018



**SITE SEARCH:**

please enter search p [Go]

**SUBJECT INDEX**

▸ *Air*  ▸ *Water*  ▸ *Waste*

▸ Search TCEQ Data

▸ Agency Organization Map

▸▸ Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** | 34105 |
| **Investigation #:** | 262708 |
| **Regulated Entity:** | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** | RN102610102 |
| **County:** | FORT BEND |
| **Street Address:** | 2200 FM 521 RD |
| **City:** | FRESNO |
| **Zip:** | 77545 |
| **Date of Investigation:** | 02/05/2004 |

| Media: | Program: |
|---|---|
| AIR | AIR NEW SOURCE PERMITS |

**Violations:**
No NOV/NOE has been issued.

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality