# EXHIBIT 17



**SITE SEARCH:**

please enter search p  Go

**SUBJECT INDEX**

- Air  - Water  - Waste
- Search TCEQ Data
- Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | 84026 |
| **Complaint Received Date:** | 11/14/2006 |
| **Number Complaining:** | 1 |
| **Status:** | CLOSED |
| **Status Date:** | 01/25/2007 |
| **Nature:** | ODOR |
| **Frequency:** | PAST |
| **Duration:** | |
| **Media:** | WASTE |
| **Program:** | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** | Within 14 Calendar Days |
| **Effect:** | ENVIRONMENTAL |
| **Receiving Water Body:** | |
| **Regulated Entity:** | BLUE RIDGE LANDFILL |
| **County:** | FORT BEND |

**Description:**

Enough! Smell is terrible, also concerned about local waterways as well.

**Comment:**

Incident location: Blue Ridge Landfill, 2200 FM 521, Fresno (Fort Bend County), Texas 77545

**Action Taken:**

This complaint was investigated on 12/05/2006. For the results of this investigation is investigation report number 536359.

View Investigation Details                                         Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p  [Go]

**SUBJECT INDEX**

▸ Air  ▸ Water  ▸ Waste

▸ Search TCEQ Data

▸ Agency Organization Map

▸▸ Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** | 84566 |
| **Investigation #:** | 536359 |
| **Regulated Entity:** | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** | RN102610102 |
| **County:** | FORT BEND |
| **Street Address:** | 2200 FM 521 RD |
| **City:** | FRESNO |
| **Zip:** | 77545 |
| **Date of Investigation:** | 12/05/2006 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

**Notice of Violation**  Date: 01/25/2007

**Violations:**

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 01/18/07 | Failure to apply adequate daily cover. | 30 TAC Chapter 330, SubChapter F | 330.133(a) |

Back to Complaint Status                                   Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality