# EXHIBIT 19



**SITE SEARCH:**

[please enter search p] [Go]

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | 34105 |
| **Complaint Received Date:** | 01/30/2004 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 02/11/2004 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | |
| **Media:** ❓ | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | GENERAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

Landfill creating a nuisance odors.

**Comment:**

No comment available.

**Action Taken:**

No data available.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
‣ Air ‣ Water ‣ Waste

‣ Search TCEQ Data
‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** 34105 | |
| **Investigation #:** | 262708 |
| **Regulated Entity:** | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** | RN102610102 |
| **County:** | FORT BEND |
| **Street Address:** | 2200 FM 521 RD |
| **City:** | FRESNO |
| **Zip:** | 77545 |
| **Date of Investigation:** | 02/05/2004 |

| **Media:** | **Program:** |
|---|---|
| AIR | AIR NEW SOURCE PERMITS |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   [Go]

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 37153 | |
| **Complaint Received Date:** 03/30/2004 | |
| **Number Complaining:** 1 | |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 04/12/2004 |
| | |
| **Nature:** ❓ | MUNICIPAL - DO NOT USE AFTER 04/04 |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 45 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

Facility manager not certified and ponded leachate at landfill.

**Comment:**

No comment available.

**Action Taken:**

No data available.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

| please enter search p | Go |

**SUBJECT INDEX**
› Air   › Water   › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **37153** | |
| **Investigation #:** ❓ | 269100 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 04/08/2004 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p    Go

**SUBJECT INDEX**
▸ Air  ▸ Water  ▸ Waste
▸ Search TCEQ Data
▸ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | **84026** |
| **Complaint Received Date:** | 11/14/2006 |
| **Number Complaining:** | 1 |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 01/25/2007 |
| | |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

Enough! Smell is terrible, also concerned about local waterways as well.

**Comment:**

Incident location: Blue Ridge Landfill, 2200 FM 521, Fresno (Fort Bend County), Texas 77545

**Action Taken:**

This complaint was investigated on 12/05/2006. For the results of this investigation is investigation report number 536359.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
- ‣ Air  ‣ Water  ‣ Waste
- ‣ Search TCEQ Data
- ‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **84566** | |
| **Investigation #:** ❓ | 536359 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 12/05/2006 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

**Notice of Violation** ❓ **Date: 01/25/2007**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 01/18/07 | Failure to apply adequate daily cover. | 30 TAC Chapter 330, SubChapter F | 330.133(a) |

Back to Complaint Status                               Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
›  Air  ›  Water  ›  Waste
›  Search TCEQ Data
›  Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** 84239
**Complaint Received Date:** 11/27/2006
**Number Complaining:** 1

**Status:** ❓           CLOSED
**Status Date:** ❓      01/25/2007

**Nature:** ❓           ODOR
**Frequency:** ❓        PAST
**Duration:** ❓
**Media:** ❓            WASTE
**Program:** ❓          MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓         Within 14 Calendar Days
**Effect:** ❓           ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓   BLUE RIDGE LANDFILL
**County:** ❓            FORT BEND

**Description:**

Odor coming from the landfill is bad enough to keep the complainant's from enjoying their property.

**Comment:**

Incident location: BFI/Blue Ridge Landfill, 2200 FM 521, Fresno (FORT BEND), TX 77545, phone# 281-835-6142

**Action Taken:**

This complaint was investigated on 12/05/2006. For the results of this investigation is investigation report number 536359.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**
| please enter search p | Go |

**SUBJECT INDEX**
› Air › Water › Waste
› Search TCEQ Data
› Agency Organization Map
›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| Complaint Tracking #: ❓ 84566 | |
|---|---|
| Investigation #: ❓ | 536359 |
| Regulated Entity: ❓ | BLUE RIDGE LANDFILL |
| Regulated Entity #: ❓ | RN102610102 |
| County: ❓ | FORT BEND |
| Street Address: ❓ | 2200 FM 521 RD |
| City: ❓ | FRESNO |
| Zip: ❓ | 77545 |
| Date of Investigation: ❓ | 12/05/2006 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

**Notice of Violation ❓ Date: 01/25/2007**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 01/18/07 | Failure to apply adequate daily cover. | 30 TAC Chapter 330, SubChapter F | 330.133(a) |

Back to Complaint Status                Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.investigation&invid=53...   7/12/2018



SITE SEARCH:

please enter search p   [Go]

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | **84546** |
| **Complaint Received Date:** | 11/28/2006 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 01/25/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

There is a distinct odor of rotting trash in the morning, especially when the wind is blowing towards my home.

**Comment:**

Incident location is BFI/ Blue Ridge Landfill, 2200 FM 521, Fresno (Fort Bend) TX 77545, phone# 281-835-6142.

**Action Taken:**

This complaint was investigated on 12/05/2006. For the results of this investigation is investigation report number 536359.

View Investigation Details                                        Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:   Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=84546   7/12/2018



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**

‣ Air  ‣ Water  ‣ Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **84566** |
| **Investigation #:** ❓ | 536359 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 12/05/2006 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

**Notice of Violation** ❓ **Date: 01/25/2007**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 01/18/07 | Failure to apply adequate daily cover. | 30 TAC Chapter 330, SubChapter F | 330.133(a) |

Back to Complaint Status                                    Return to Top



**SITE SEARCH:**

please enter search p  [ Go ]

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | **84555** |
| **Complaint Received Date:** | 11/28/2006 |
| **Number Complaining:** | 1 |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 01/25/2007 |
| | |
| **Nature:** | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | |
| **Media:** | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** | ENVIRONMENTAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

Malodorous smell in the air. Like Methane.

**Comment:**

Incident location is BFI/ Blue Ridge Landfill, 2200 FM 521, Fresno (Fort Bend) TX 77545, phone# 281-835-6142.

**Action Taken:**

This complaint was investigated on 12/05/2006. For the results of this investigation is investigation report number 536359.

View Investigation Details                                   Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

| please enter search p | Go |

**SUBJECT INDEX**
- › Air  › Water  › Waste
- › Search TCEQ Data
- › Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** | **84566** |
| **Investigation #:** | 536359 |
| **Regulated Entity:** | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** | RN102610102 |
| **County:** | FORT BEND |
| **Street Address:** | 2200 FM 521 RD |
| **City:** | FRESNO |
| **Zip:** | 77545 |
| **Date of Investigation:** | 12/05/2006 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

**Notice of Violation** Date: 01/25/2007

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 01/18/07 | Failure to apply adequate daily cover. | 30 TAC Chapter 330, SubChapter F | 330.133(a) |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p | Go

**SUBJECT INDEX**
> Air > Water > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 84566 | |
| **Complaint Received Date:** 11/29/2006 | |
| **Number Complaining:** 1 | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 01/25/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | HEALTH |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

There is an intoxicating foul odor of rotten trash being emitted from this site for several miles in radius. The facility needs to be shutdown. This sickening odor is affecting my family's health.

**Comment:**

Incident location is BFI/ Blue Ridge Landfill, 2200 FM 521, Fresno (Fort Bend) TX 77545, phone# 281-835-6142.

**Action Taken:**

This complaint was investigated on 12/05/2006. For the results of this investigation is investigation report number 536359.

View Investigation Details                                    Return to Top

New Search

---

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=84566    7/12/2018

© 2002-2016 Texas Commission on Environmental Quality



**SUBJECT INDEX**

› Air   › Water   › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **84566** | |
| **Investigation #:** ❓ | 536359 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 12/05/2006 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

**Notice of Violation** ❓ **Date: 01/25/2007**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 01/18/07 | Failure to apply adequate daily cover. | 30 TAC Chapter 330, SubChapter F | 330.133(a) |

Back to Complaint Status                                    Return to Top



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
› Air   › Water   › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Status

**Complaint Tracking #:** ❓ 84568
**Complaint Received Date:** 11/29/2006
**Number Complaining:** 1

**Status:** ❓          CLOSED
**Status Date:** ❓      01/25/2007

**Nature:** ❓           MUNICIPAL NON-INDUSTRIAL
**Frequency:** ❓        PAST
**Duration:** ❓
**Media:** ❓            WASTE
**Program:** ❓          MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓         Within 14 Calendar Days
**Effect:** ❓           ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓  BLUE RIDGE LANDFILL
**County:** ❓           FORT BEND

**Description:**

Large amount of debris blowing out the back of a trash truck going to Blue
Ridge Landfill.

**Comment:**

Incident location is BFI/ Blue Ridge Landfill, 2200 FM 521, Fresno (Fort Bend)
TX 77545, phone# 281-835-6142.

**Action Taken:**

This complaint was investigated on 12/05/2006. For the results of this
investigation is investigation report number 536359.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact
Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

| please enter search p | Go |

**SUBJECT INDEX**
> Air   > Water   > Waste

> Search TCEQ Data

> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ | 84566 |
| **Investigation #:** ❓ | 536359 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 12/05/2006 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

**Notice of Violation** ❓ **Date: 01/25/2007**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 01/18/07 | Failure to apply adequate daily cover. | 30 TAC Chapter 330, SubChapter F | 330.133(a) |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | 84808 |
| **Complaint Received Date:** | 12/07/2006 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 01/25/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

### Description:

About a month ago, when I stepped outside of my house I noticed a bad odor. It smelled like old trash. Not seeing anything in the immediate area, I assumed it was coming from the Blue Ridge Landfill.

### Comment:

Incident location is Blue Ridge Landfill, 2200 FM 521, Fresno (Fort Bend), Texas 77545, phone# 281-835-6142.

### Action Taken:

This complaint was investigated on 12/05/2006. For the results of this investigation is investigation report number 536359.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
[please enter search p]  [Go]

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **84566** |
| **Investigation #:** ❓ | 536359 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 12/05/2006 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

**Notice of Violation** ❓ **Date: 01/25/2007**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 01/18/07 | Failure to apply adequate daily cover. | 30 TAC Chapter 330, SubChapter F | 330.133(a) |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
   › Air  › Water  › Waste
 › Search TCEQ Data
 › Agency Organization Map

 ›› Questions or Comments:
   oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

 About TCEQ

 Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | **85016** |
| **Complaint Received Date:** | 12/13/2006 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 12/18/2006 |
| **Nature:** ❓ | OTHER |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ACTUAL |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | GENERAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

At least 30 scavenger birds lined up on brick fence of Shadow Creek Ranch. Seen flying to and from the Blue Ridge Landfill.

**Comment:**

Incident location is Blue Ridge Landfill, 2200 FM 521 Road, Fresno (Fort Bend), Texas 77545 and phone# 713-835-6142. One block South of Trammel Fresno Road.

**Action Taken:**

December 15, 2006, a complaint investigation was conducted at (and in the area around), the subject facility. For additional information regarding the complaint investigation please refer to investigation number 534527.

View Investigation Details                                          Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p    Go

**SUBJECT INDEX**

> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **85016** | |
| **Investigation #:** ❓ | 534527 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 12/15/2006 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |
| WASTE | MUNICIPAL SOLID WASTE PROCESSING |
| WASTE | MUNICIPAL SOLID WASTE REMEDIATION |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                 Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p   Go

**SUBJECT INDEX**
> Air   > Water   > Waste

> Search TCEQ Data

> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** 85338
**Complaint Received Date:** 12/21/2006
**Number Complaining:** 1

**Status:** ❓   CLOSED
**Status Date:** ❓   01/25/2007

**Nature:** ❓   ODOR
**Frequency:** ❓   PAST
**Duration:** ❓
**Media:** ❓   WASTE
**Program:** ❓   MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓   Within 30 Calendar Days
**Effect:** ❓   ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓   BLUE RIDGE LANDFILL
**County:** ❓   FORT BEND

### Description:

On three separate occasions since September 2006, the complainant has smelled a very foul and continuous odor outside his home and around his neighborhood. The complainant stated that the smell endured for multiple hours each time but not more than one day at a time.

### Comment:

Incident location is Blue Ridge Landfill, 2200 FM 521 Road, Fresno (Fort Bend County), Texas 77545, phone (713) 835-6142. Shadow Creek Ranch Development, East of the Blue Ridge Landfill.

### Action Taken:

No data available.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=85338   7/12/2018

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p [ Go ]

**SUBJECT INDEX**

‣ Air  ‣ Water  ‣ Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ? **84566** | |
| **Investigation #:** ? | 536359 |
| **Regulated Entity:** ? | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ? | RN102610102 |
| **County:** ? | FORT BEND |
| **Street Address:** ? | 2200 FM 521 RD |
| **City:** ? | FRESNO |
| **Zip:** ? | 77545 |
| **Date of Investigation:** ? 12/05/2006 | |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

**Notice of Violation** ? **Date: 01/25/2007**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 01/18/07 | Failure to apply adequate daily cover. | 30 TAC Chapter 330, SubChapter F | 330.133(a) |

Back to Complaint Status                                   Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p   Go

**SUBJECT INDEX**

› Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ 85453
**Complaint Received Date:** 12/27/2006
**Number Complaining:** 1

**Status:** ❓           CLOSED
**Status Date:** ❓      04/02/2007

**Nature:** ❓           ODOR
**Frequency:** ❓        INTERMITTENT
**Duration:** ❓
**Media:** ❓            WASTE
**Program:** ❓          MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓         Within 30 Calendar Days
**Effect:** ❓           ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓ BLUE RIDGE LANDFILL
**County:** ❓           FORT BEND

| **Description:** |
|---|
| COMPLAINANT ALLEGES FOUL ODOR FROM LANDFILL. ODOR IS NOT ALWAYS BAD HOWEVER THE NIGHT OF DECEMBER 26, 2006, THE COMPLAINANT COULD NOT GO OUTSIDE WITHOUT FEELING SICK TO STOMACH. |

| **Comment:** |
|---|
| INCIDENT LOCATION IS BLUE RIDGE LANDFILL, 2200 FM 521 RD, FRESNO (FORT BEND COUNTY), TEXAS 77545. APPROXIMATELY 2 MILES FROM LANDFILL IN THE SHADOW CREEK NEIGHBORHOOD. |

| **Action Taken:** |
|---|
| Complaint was investigated on January 5, 2007. See Investigation No. 555801 for details of this investigation. |

View Investigation Details                                    Return to Top

New Search

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p   Go

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **85686** | |
| **Investigation #:** ❓ | 555801 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 01/05/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ 85686
**Complaint Received Date:** 01/04/2007
**Number Complaining:** 1

**Status:** ❓             CLOSED
**Status Date:** ❓        04/02/2007

**Nature:** ❓             MUNICIPAL NON-INDUSTRIAL
**Frequency:** ❓          PAST
**Duration:** ❓
**Media:** ❓              WASTE
**Program:** ❓            MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓           Within 30 Calendar Days
**Effect:** ❓             ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓   BLUE RIDGE LANDFILL
**County:** ❓             FORT BEND

### Description:

Complainant alleged that upon getting out of the house, smell of garbage and foul odor like that of a rotten egg is in the air. Alleges that this is the second time of smelling garbage in the air when it is raining.

### Comment:

Incident location is Blue Ridge Landfill, 2200 FM 521 Rd., Fresno, Texas 77545; Phone# 281-835-6142. Shadow Creek Ranch.

### Action Taken:

Complaint was investigated on January 5, 2007. See investigation report no. 555801 for details.

View Investigation Details                              Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

| please enter search p | Go |

**SUBJECT INDEX**
- Air  ▸ Water  ▸ Waste
▸ Search TCEQ Data
▸ Agency Organization Map

▸▸ Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **85686** | |
| **Investigation #:** ❓ | 555801 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 01/05/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

[please enter search p]  [Go]

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | 85914 |
| **Complaint Received Date:** | 01/08/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 02/02/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

Unpleasant odor in the air.

**Comment:**

Incident location is Trinity Bay Dr. and Kingsley Dr. area, Pearland, Texas.

**Action Taken:**

The investigators conducted a complaint investigation on January 19, 2007; refer to investigation number listed below.

View Investigation Details                                        Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p | Go

**SUBJECT INDEX**

‣ Air  ‣ Water  ‣ Waste

‣ Search TCEQ Data

‣ Agency Organization Map

‣‣ Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** 🔵 **85921** | |
| **Investigation #:** 🔵 | 538518 |
| **Regulated Entity:** 🔵 | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** 🔵 | RN102610102 |
| **County:** 🔵 | FORT BEND |
| **Street Address:** 🔵 | 2200 FM 521 RD |
| **City:** 🔵 | FRESNO |
| **Zip:** 🔵 | 77545 |
| **Date of Investigation:** 🔵 | 01/19/2007 |

| **Media:** | **Program:** |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
› Air   › Water   › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status



**Complaint Tracking #:** 85917
**Complaint Received Date:** 01/08/2007
**Number Complaining:**       1

**Status:** ❓           CLOSED
**Status Date:** ❓       02/02/2007

**Nature:** ❓             ODOR
**Frequency:** ❓         PAST
**Duration:** ❓
**Media:** ❓             WASTE
**Program:** ❓           MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓           Within 14 Calendar Days
**Effect:** ❓             ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓   BLUE RIDGE LANDFILL
**County:** ❓             FORT BEND

**Description:**

Pungent odor in the air.

**Comment:**

Incident location is Kinsley Dr. and Trinity Bay Dr. area.

**Action Taken:**

The investigators conducted a complaint investigation on January 19, 2007; refer to investigation number listed below.

View Investigation Details                                        Return to Top
New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p   [Go]

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **85921** | |
| **Investigation #:** ❓ | 538518 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 01/19/2007 |

| **Media:** | **Program:** |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p [Go]

**SUBJECT INDEX**
›  Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 85921 | |
| **Complaint Received Date:** 01/09/2007 | |
| **Number Complaining:** 1 | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 02/02/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

Unpleasant smell in the air.

**Comment:**

Incident location is Quiet Lake Lane, Pearland, Texas.

**Action Taken:**

The investigators conducted a complaint investigation on January 19, 2007; refer to investigation number listed below.

View Investigation Details          Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
[please enter search p]  [Go]

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **85921** | |
| **Investigation #:** ❓ | 538518 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 01/19/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                              Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
› Air  › Water  › Waste

› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | 85922 |
| **Complaint Received Date:** | 01/10/2007 |
| **Number Complaining:** | 1 |
| **Status:** | CLOSED |
| **Status Date:** | 02/02/2007 |
| **Nature:** | ODOR |
| **Frequency:** | PAST |
| **Duration:** | ESTIMATED |
| **Media:** | WASTE |
| **Program:** | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** | Within 14 Calendar Days |
| **Effect:** | ENVIRONMENTAL |
| **Receiving Water Body:** | |
| **Regulated Entity:** | BLUE RIDGE LANDFILL |
| **County:** | FORT BEND |

**Description:**

The complainant smelled the same odor in the air as to the ones I reported on December 16, 2006. Although, this time the odor was not as strong, perhaps due to a lower outdoor temperature.

**Comment:**

Incident location is Autumn Falls Dr., Pearland, Texas.

**Action Taken:**

The investigators conducted a complaint investigation on January 19, 2007; refer to investigation number listed below.

View Investigation Details                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p    Go

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **85921** | |
| **Investigation #:** ❓ | 538518 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 01/19/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
› Air   › Water   › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** 86303 | |
| **Complaint Received Date:** | 01/22/2007 |
| **Number Complaining:** | 1 |
| **Status:** | CLOSED |
| **Status Date:** | 02/14/2007 |
| **Nature:** | ODOR |
| **Frequency:** | CURRENT |
| **Duration:** | |
| **Media:** | WASTE |
| **Program:** | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** | Within 14 Calendar Days |
| **Effect:** | ENVIRONMENTAL |
| **Receiving Water Body:** | |
| **Regulated Entity:** | BLUE RIDGE LANDFILL |
| **County:** | FORT BEND |

**Description:**

Alleges a stench from decaying trash from the Blue Ridge Landfill.

**Comment:**

No comment available.

**Action Taken:**

The investigators conducted a complaint investigation on February 5 2007; refer to the investigation number listed below.

View Investigation Details                                   Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
[please enter search p]  [Go]

**SUBJECT INDEX**
▸ Air  ▸ Water  ▸ Waste
▸ Search TCEQ Data
▸ Agency Organization Map

▸▸ Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

▪ Cleanups, Remediation
▪ Emergency Response
▪ Licensing
▪ Permits, Registrations
▪ Preventing Pollution
▪ Recycling
▪ Reporting
▪ Rules

▫ About TCEQ
▫ Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **86575** |
| **Investigation #:** ❓ | 540346 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 02/05/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p [ Go ]

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ 86575
**Complaint Received Date:** 01/26/2007
**Number Complaining:** 1

**Status:** ❓          CLOSED
**Status Date:** ❓     02/14/2007

**Nature:** ❓          ODOR
**Frequency:** ❓       PAST
**Duration:** ❓        ESTIMATED
**Media:** ❓           WASTE
**Program:** ❓         MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓        Within 14 Calendar Days
**Effect:** ❓          ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓  BLUE RIDGE LANDFILL
**County:** ❓            FORT BEND

---

**Description:**

On January 25, 2007 a strong foul odor observed outside. Wind Direction NW at 2mph.

---

**Comment:**

Incident location outside Target store, 3045 Silverlake Village Drive, Pearland, Texas. Also at complainant's residence.

---

**Action Taken:**

The investigators conducted a complaint investigation on February 5, 2007; refer to the investigation number listed below.

---

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=86575     7/12/2018



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
 ‣ Air  ‣ Water  ‣ Waste
‣ Search TCEQ Data
‣ Agency Organization Map

‣› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **86575** | |
| **Investigation #:** ❓ | 540346 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 02/05/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                  Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
- ▸ Air  ▸ Water  ▸ Waste
▹ Search TCEQ Data
▹ Agency Organization Map

▸▸ Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | **92599** |
| **Complaint Received Date:** | 06/14/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 07/03/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ACTUAL |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | GENERAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

COMPLAINANT ALLEGES AT 4:00 AM THE SMELL WAS STRONG INSIDE THE HOUSE. THE ODOR WAS A TYPICAL LANDFILL ODOR, DESCRIBED LIKE ROTTEN MEAT/EGGS. CONCERNED ABOUT THE CHILDREN INHALING CHEMICALS. THE ODOR WAS NOT AS STRONG AT 9:00 AM. IT WAS PRESENT OUTSIDE THE HOUSE BUT NOT INSIDE.

**Comment:**

INCIDENT LOCATION IS 2600 BLOCK OF WHITE FALLS DRIVE, PEARLAND, TEXAS 77584.

**Action Taken:**

The investigator conducted a complaint investigation on June 28, 2007; refer to the investigation number listed below.

View Investigation Details                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
  ›  Air  ›  Water  ›  Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
   oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **92599** | |
| **Investigation #:** ❓ | 566363 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 06/28/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p | Go

**SUBJECT INDEX**
- Air  ▸ Water  ▸ Waste

▸ Search TCEQ Data

▸ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

▪ About TCEQ
▪ Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | **92678** |
| **Complaint Received Date:** | 06/14/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 07/03/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

STRONG ODOR FOR THE PAST TWO OR THREE DAYS.

**Comment:**

INCIDENT LOCATION IS 2600 BLOCK OF BRIGHTLAKE, PEARLAND, TEXAS 77584.

**Action Taken:**

The investigator conducted a complaint investigation on June 28, 2007; refer to the investigation number listed below.

View Investigation Details                        Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
  ›  Air   ›  Water   ›  Waste
  › Search TCEQ Data
  › Agency Organization Map

›› Questions or Comments:
    oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

 - About TCEQ
 - Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **92599** | |
| **Investigation #:** ❓ | 566363 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 06/28/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**
[please enter search p] [Go]

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 93121 | |
| **Complaint Received Date:** 06/25/2007 | |
| **Number Complaining:** 1 | |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 07/12/2007 |
| | |
| **Nature:** ❓ | MUNICIPAL NON-INDUSTRIAL |
| **Frequency:** ❓ | INTERMITTENT |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| | GENERAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

COMPLAINANT CALLED AT 12:48 AFTER MIDNIGHT ON JUNE 24, 2007 ABOUT THE ODOR COMING FROM BLUE RIDGE LANDFILL. ODORS OCCUR AFTER RAINING.

**Comment:**

COMPLAINANT STATED 'LIVES CLOSE TO THE BOUNDARY OF BRAZORIA AND FORT BEND COUNTY.

**Action Taken:**

The investigator conducted a complaint investigation on June 28, 2007; refer to the investigation number below.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=93121     7/12/2018

Case 3:16-cv-00323   Document 61-20   Filed in TXSD on 08/10/18   Page 52 of 124

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p] [Go]

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

▪ Cleanups, Remediation
▪ Emergency Response
▪ Licensing
▪ Permits, Registrations
▪ Preventing Pollution
▪ Recycling
▪ Reporting
▪ Rules

▫ About TCEQ
▫ Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **92599** |
| **Investigation #:** ❓ | 566363 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 06/28/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p   Go

**SUBJECT INDEX**
›  Air  ›  Water  ›  Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

■ Cleanups, Remediation

■ Emergency Response

■ Licensing

■ Permits, Registrations

■ Preventing Pollution

■ Recycling

■ Reporting

■ Rules

▪ About TCEQ

▪ Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 93647 | |
| **Complaint Received Date:** 07/02/2007 | |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 07/27/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

THE COMPLAINANT REPORTED OF SMELLING AN OBNOXIOUS ODOR WHICH CAN BE DETECTED IN THE HOME. THE COMPLAINANT INITIALLY CALLED SUNDAY, JULY 1ST AT 1:56 PM, OF A BAD OBNOXIOUS SMELL DETECTED FOR APPROXIMATELY 1.5 HOURS WHILE RUNNING THROUGH THE NEIGHBORHOOD. THE COMPLAINANT ALSO STATES THAT A SMELL WAS NOTICED ON THE WEEKEND OF JUNE 23RD, AND IS DETECTED AT LEAST 3 TIMES A WEEK.

**Comment:**

No comment available.

**Action Taken:**

The investigator conducted a complaint investigation on July 13, 2007; refer to the investigation number listed below.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**

› Air   › Water   › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **93810** | |
| **Investigation #:** ❓ | 567811 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 07/13/2007 |

| **Media:** | **Program:** |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                     Return to Top



SITE SEARCH:

[please enter search p] [Go]

**SUBJECT INDEX**
› Air   › Water   › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

• About TCEQ
• Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ 93651
**Complaint Received Date:** 07/03/2007
**Number Complaining:** 1

**Status:** ❓   CLOSED
**Status Date:** ❓   07/27/2007

**Nature:** ❓   ODOR
**Frequency:** ❓   PREDICTABLE
**Duration:** ❓   ESTIMATED
**Media:** ❓   WASTE
**Program:** ❓   MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓   Within 14 Calendar Days
**Effect:** ❓   ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓ BLUE RIDGE LANDFILL
**County:** ❓   FORT BEND

---

**Description:**

COMPLAINANT ALLEGES THAT A RANCID SMELL ORIGINATING FROM THE LANDFILL WAS DETECTED ON JUNE 28, 2007 AT 6:30 AM. COMPLAINANT STATED THAT THIS HAPPENS CONSISTENTLY THREE TO FOUR TIMES PER WEEK.

---

**Comment:**

INCIDENT LOCATION IS FORT BEND KEY MAP #611/612 NORTH OF INTERSECTION OF EVERGREEN AND FM 521 IN FRESNO.

---

**Action Taken:**

The investigator conducted a complaint investigation on July 13, 2007; refer to the investigation number listed below.

---

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

Case 3:16-cv-00323   Document 61-20   Filed in TXSD on 08/10/18   Page 58 of 124

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   [Go]

**SUBJECT INDEX**
 › Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | | |
|---|---|---|
| **Complaint Tracking #:** ❓ | **93810** | |
| **Investigation #:** ❓ | 567811 | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL | |
| **Regulated Entity #:** ❓ | RN102610102 | |
| **County:** ❓ | FORT BEND | |
| **Street Address:** ❓ | 2200 FM 521 RD | |
| **City:** ❓ | FRESNO | |
| **Zip:** ❓ | 77545 | |
| **Date of Investigation:** ❓ | 07/13/2007 | |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p | Go

**SUBJECT INDEX**
> Air > Water > Waste

> Search TCEQ Data

> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **93699** |
| **Complaint Received Date:** | 07/06/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 07/27/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

BAD ODOR IN THE HOUSE CURRENTLY. IT HAPPENS THREE TIMES A WEEK, USUALLY IN THE MORNING, SOMETIMES IN THE MIDDLE OF THE NIGHT AROUND 12:30 AM. SMELLS LIKE LANDFILL GAS.

**Comment:**

INCIDENT LOCATION IS 2600 BLOCK OF WHITE FALLS DRIVE, PEARLAND, TEXAS 77584.

**Action Taken:**

The investigator conducted a complaint investigation on July 13, 2007; refer to the investigation number listed below.

View Investigation Details           Return to Top

New Search

---

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p [Go]

**SUBJECT INDEX**
›  Air  ›  Water  ›  Waste
›  Search TCEQ Data
›  Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **93810** | |
| **Investigation #:** ❓ | 567811 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 07/13/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**
[please enter search p] [Go]

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **93703** |
| **Complaint Received Date:** | 07/06/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 07/27/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | GENERAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

ODOR FROM THE BLUE RIDGE LANDFILL, CURRENTLY THE ODOR IS STRONG, STARTED AT 8:00 THIS MORNING. TYPICALLY SEVERAL TIMES PER WEEK AT DIFFERENT TIMES.

**Comment:**

INCIDENT LOCATION IS 2600 BLOCK OF BRIGHTLAKE WAY LN., PEARLAND, TEXAS.

**Action Taken:**

The investigator conducted a complaint investigation on July 13, 2007; refer to the investigation number listed below.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

Case 3:16-cv-00323   Document 61-20   Filed in TXSD on 08/10/18   Page 64 of 124

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p   [Go]

**SUBJECT INDEX**
‣ Air ‣ Water ‣ Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **93810** | |
| **Investigation #:** ❓ | 567811 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 07/13/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
[please enter search p]  [Go]

SUBJECT INDEX
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| Complaint Tracking #: ❓ 93810 | |
|---|---|
| **Complaint Received Date:** | 07/09/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 07/27/2007 |
| **Nature:** | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | |
| **Media:** | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

UNBEARABLE ODOR.

**Comment:**

No comment available.

**Action Taken:**

The investigator conducted a complaint investigation on July 13, 2007; refer to the investigation number listed below.

View Investigation Details                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=93810    7/12/2018



**SITE SEARCH:**

please enter search p    Go

**SUBJECT INDEX**

› Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** 📁 **93810** | |
| **Investigation #:** 📁 | 567811 |
| **Regulated Entity:** 📁 | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** 📁 | RN102610102 |
| **County:** 📁 | FORT BEND |
| **Street Address:** 📁 | 2200 FM 521 RD |
| **City:** 📁 | FRESNO |
| **Zip:** 📁 | 77545 |
| **Date of Investigation:** 📁 | 07/13/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
 › Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** 94022
**Complaint Received Date:** 07/13/2007
**Number Complaining:** 1

**Status:** ❓   CLOSED
**Status Date:** ❓   01/24/2008

**Nature:** ❓   ODOR
**Frequency:** ❓   CURRENT
**Duration:** ❓   ESTIMATED
**Media:** ❓   WASTE
**Program:** ❓   MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓   Within 30 Calendar Days
**Effect:** ❓   ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓   BLUE RIDGE LANDFILL
**County:** ❓   FORT BEND

**Description:**

HORRIBLE ODOR, LASTING FOR AT LEAST 30 MINUTES, IN THE SHADOW CREEK RANCH SUBDIVISION COMING FROM THE BLUE RIDGE LANDFILL.

**Comment:**

INCIDENT LOCATION IS 2600 BLOCK OF BRIGHTLAKE WAY LANE, PEARLAND, TEXAS 77584.

**Action Taken:**

On July 31, 2007 an Odor investigation was conducted. The complaint was unconfirmed.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**
[please enter search p]  [Go]

**SUBJECT INDEX**
› Air  › Water  › Waste

› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** 94924 | |
| **Investigation #:** | 570655 |
| **Regulated Entity:** | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** | RN102610102 |
| **County:** | FORT BEND |
| **Street Address:** | 2200 FM 521 RD |
| **City:** | FRESNO |
| **Zip:** | 77545 |
| **Date of Investigation:** | 07/31/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p    Go

**SUBJECT INDEX**
› Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ 94026
**Complaint Received Date:** 07/13/2007
**Number Complaining:** 1

**Status:** ❓          CLOSED
**Status Date:** ❓     07/27/2007

**Nature:** ❓          ODOR
**Frequency:** ❓       PAST
**Duration:** ❓        ESTIMATED
**Media:** ❓           WASTE
**Program:** ❓         MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓        Within 14 Calendar Days
**Effect:** ❓          ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓  BLUE RIDGE LANDFILL
**County:** ❓            FORT BEND

---

**Description:**

WHEN THE WIND BLOWS FROM THE SOUTHWEST OR WEST, THERE IS A DISGUSTING SMELL THROUGHOUT THE SHADOW CREEK RANCH SUBDIVISION COMING FROM THE BLUE RIDGE LANDFILL.

---

**Comment:**

INCIDENT LOCATION IS THE SHADOW CREEK RANCH SUBDIVISION, PEARLAND, TEXAS 77584.

---

**Action Taken:**

The investigator conducted a complaint investigation on July 13, 2007; refer to the investigation number listed below.

---

View Investigation Details                                    Return to Top

New Search

---

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=94026    7/12/2018

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
  ‣ Air  ‣ Water  ‣ Waste
‣ Search TCEQ Data
‣ Agency Organization Map

›› Questions or Comments:
   oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **93810** | |
| **Investigation #:** ❓ | 567811 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 07/13/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p    Go

**SUBJECT INDEX**
- Air ▸ Water ▸ Waste
▸ Search TCEQ Data
▸ Agency Organization Map

▸▸ Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:
- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | 94234 |
| **Complaint Received Date:** | 07/17/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 01/24/2008 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | GENERAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

### Description:

BAD ODOR IN AIR, SIMILAR TO ODOR ON PREVIOUS OCCASIONS. WEATHER CONDITIONS: TEMP 77 DEG. F., WIND FROM SAT 1 MPH, HUMIDITY 85%, PRESSURE 29.93 IN, DEW POINT 72 DEG F., VISIBILITY 10 MI.

### Comment:

INCIDENT LOCATION IS 2700 BLOCK OF AUTUMN FALLS DR, PEARLAND, TEXAS 77584.

### Action Taken:

On July 31, 2007 an odor investigation was conducted. The complaint was unconfirmed.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=94234    7/12/2018

Case 3:16-cv-00323   Document 61-20   Filed in TXSD on 08/10/18   Page 74 of 124

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**
please enter search p   Go

**SUBJECT INDEX**
‣ Air   ‣ Water   ‣ Waste

‣ Search TCEQ Data
‣ Agency Organization Map

‣› Questions or Comments:
   oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| Complaint Tracking #: ❓ **94924** | |
|---|---|
| Investigation #: ❓ | 570655 |
| Regulated Entity: ❓ | BLUE RIDGE LANDFILL |
| Regulated Entity #: ❓ | RN102610102 |
| County: ❓ | FORT BEND |
| Street Address: ❓ | 2200 FM 521 RD |
| City: ❓ | FRESNO |
| Zip: ❓ | 77545 |
| Date of Investigation: ❓ | 07/31/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p    Go

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **94924** | |
| **Complaint Received Date:** 07/23/2007 | |
| **Number Complaining:** | 1 |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 08/08/2007 |
| | |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

NOXIOUS SMELL OBSERVED IN PEARLAND. COMPLAINANT ALLEGES THAT ODOR IS FROM BLUE RIDGE LANDFILL.

**Comment:**

INCIDENT LOCATION: FORT BEND KEY MAP #611/612 NORTH OF INTERSECTION OF EVERGREEN AND FM 521 IN FRESNO.

**Action Taken:**

The investigator conducted a complaint investigation on July 31, 2007; refer to the investigation number below.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**
please enter search p | Go

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **94924** | |
| **Investigation #:** ❓ | 570655 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 07/31/2007 |

| **Media:** | **Program:** |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                      Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p   Go

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ **94970**
**Complaint Received Date:** 07/24/2007
**Number Complaining:** 1

**Status:** ❓           CLOSED
**Status Date:** ❓      08/08/2007

**Nature:** ❓           ODOR
**Frequency:** ❓        INTERMITTENT
**Duration:** ❓         ESTIMATED
**Media:** ❓            WASTE
**Program:** ❓          MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓         Within 14 Calendar Days
**Effect:** ❓           ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓  BLUE RIDGE LANDFILL
**County:** ❓           FORT BEND

---

**Description:**

COMPLAINANT ALLEGES THAT A VERY STRONG LANDFILL-LIKE SMELL WAS NOTICED BETWEEN 12:00 MIDNIGHT AND 1:00 AM ON JULY 24, 2007.

---

**Comment:**

INCIDENT LOCATION: FORT BEND KEY MAP #611/612 NORTH OF INTERSECTION OF EVERGREEN AND FM 521 IN FRESNO.

---

**Action Taken:**

The investigator conducted a complaint investigation on July 31, 2007; refer to the investigation number below.

---

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

| please enter search p | Go |

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **94924** | |
| **Investigation #:** ❓ | 570655 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 07/31/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p [Go]

**SUBJECT INDEX**
  › Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 95277 | |
| **Complaint Received Date:** 07/22/2007 | |
| **Number Complaining:** 1 | |

**Status:** ❓ CLOSED
**Status Date:** ❓ 08/08/2007

**Nature:** ODOR
**Frequency:** ❓ PAST
**Duration:** ❓ ESTIMATED
**Media:** ❓ WASTE
**Program:** ❓ MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓ Within 14 Calendar Days
**Effect:** ❓ ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓ BLUE RIDGE LANDFILL
**County:** ❓ FORT BEND

---

**Description:**

THERE IS A VERY BAD ODOR IN THE AIR COMING FROM THE BLUE RIDGE LANDFILL.

---

**Comment:**

No comment available.

---

**Action Taken:**

The investigator conducted a complaint investigation on July 31, 2007; refer to the investigation number below.

View Investigation Details                                    Return to Top

New Search

---

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ | 94924 |
| **Investigation #:** ❓ | 570655 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 07/31/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 95278 | |
| **Complaint Received Date:** 07/26/2007 | |
| **Number Complaining:** 1 | |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 08/08/2007 |
| | |
| **Nature:** | ODOR |
| **Frequency:** ❓ | INTERMITTENT |
| **Duration:** ❓ | ACTUAL |
| **Media:** | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

COMPLAINANT SMELLS A FOUL ODOR AND BELIEVES IT'S THE TRASH FROM THE BLUE RIDGE LANDFILL. THE SMELL IS EXTREME ON THURSDAYS FROM 8:00 AM - 10:00 AM.

**Comment:**

No comment available.

**Action Taken:**

The investigator conducted a complaint investigation on July 31, 2007; refer to the investigation number below.

View Investigation Details                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p    Go

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **94924** |
| **Investigation #:** ❓ | 570655 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 07/31/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p    Go

**SUBJECT INDEX**
›  Air   › Water   › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **95280** | |
| **Complaint Received Date:** 08/01/2007 | |
| **Number Complaining:** 1 | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 08/17/2007 |
| **Nature:** | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ACTUAL |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

A "REALLY STRONG" ODOR WAS DETECTED AT THE COMPLAINANT'S HOME
COMING FROM THE BLUE RIDGE LANDFILL.

**Comment:**

No comment available.

**Action Taken:**

The investigator conducted a complaint investigation on August 14, 2007;
refer to the investigation number listed below.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact
Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=95280        7/12/2018



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **95438** | |
| **Investigation #:** ❓ | 572718 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 08/14/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                      Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.investigation&invid=64...   7/12/2018



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
› Air  › Water  › Waste

› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ **95380**
**Complaint Received Date:** 08/02/2007
**Number Complaining:** 1

**Status:** ❓   CLOSED
**Status Date:** ❓   08/17/2007

**Nature:** ❓   ODOR
**Frequency:** ❓   PAST
**Duration:** ❓
**Media:** ❓   WASTE
**Program:** ❓   MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓   Within 14 Calendar Days
**Effect:** ❓   ENVIRONMENTAL
GENERAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓ BLUE RIDGE LANDFILL
**County:** ❓     FORT BEND

**Description:**

A STRONG TRASH ODOR FROM BLUE RIDGE LANDFILL, THE CALL CAME IN AT 7:24PM ON AUGUST 2, 2007.

**Comment:**

No comment available.

**Action Taken:**

The investigator conducted a complaint investigation on August 14, 2007; refer to the investigation number listed below.

View Investigation Details                    Return to Top

New Search

---

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=95380   7/12/2018



**SITE SEARCH:**

please enter search p   Go

**SUBJECT INDEX**
 ‣ Air  ‣ Water  ‣ Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

▫ About TCEQ

▫ Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **95438** | |
| **Investigation #:** ❓ | 572718 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 08/14/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.investigation&invid=64...   7/12/2018



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
 › Air  › Water  › Waste
 › Search TCEQ Data
 › Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 95438 | |
| **Complaint Received Date:** | 08/03/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 08/17/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

FOUL TRASH ODOR OBSERVED THROUGHOUT COMPLAINANT'S NEIGHBORHOOD EVERY TIME WIND BLOWS "IN THE WRONG DIRECTION." COMPLAINANT LIVES 2.5 MILES FROM THE LANDFILL AND CAN STILL SMELL THE ODOR.

**Comment:**

INCIDENT LOCATION IS FORT BEND COUNTY KEY MAP 612 N OR S (2200 FM 521).

**Action Taken:**

The investigator conducted a complaint investigation on August 14, 2007; refer to the investigation number listed below.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=95438      7/12/2018

Case 3:16-cv-00323   Document 61-20   Filed in TXSD on 08/10/18   Page 89 of 124

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste
› Search TCEQ Data
› Agency Organization Map

›‣ Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| Complaint Tracking #: | 95438 |
|---|---|
| Investigation #: | 572718 |
| Regulated Entity: | BLUE RIDGE LANDFILL |
| Regulated Entity #: | RN102610102 |
| County: | FORT BEND |
| Street Address: | 2200 FM 521 RD |
| City: | FRESNO |
| Zip: | 77545 |
| Date of Investigation: | 08/14/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p | Go

**SUBJECT INDEX**

‣ Air ‣ Water ‣ Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 95706 | |
| **Complaint Received Date:** | 08/10/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 08/17/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | GENERAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

COMPLAINANT DETECTED A "HORRIBLE" ODOR UPON EXITING THEIR RESIDENCE AT 8:00 AM ON AUGUST 10, 2007. COMPLAINANT ALLEGES THE ODOR IS COMING FROM THE BLUE RIDGE LANDFILL.

**Comment:**

INCIDENT LOCATION IS 2600 BLOCK OF BRIGHTLAKE WAY LANE, PEARLAND, TEXAS 77584.

**Action Taken:**

The investigator conducted a complaint investigation on August 14, 2007; refer to the investigation number listed below.

View Investigation Details                    Return to Top

New Search

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p] [Go]

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **95438** | |
| **Investigation #:** ❓ | 572718 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 08/14/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                          Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p [ Go ]

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Status

| Complaint Tracking #: ❓ 95707 | |
|---|---|
| **Complaint Received Date:** | 08/10/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 08/17/2007 |
| **Nature:** | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

| **Description:** |
|---|
| WALKED OUT THE BACKDOOR TO THE BACKYARD AND SMELLED AN ODOR COMING FROM THE LANDFILL. |

| **Comment:** |
|---|
| No comment available. |

| **Action Taken:** |
|---|
| The investigator conducted a complaint investigation on August 14, 2007; refer to the investigation number listed below. |

View Investigation Details                                    Return to Top
New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   [Go]

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **95438** | |
| **Investigation #:** ❓ | 572718 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 08/14/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p | Go

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | **95978** |
| **Complaint Received Date:** | 08/14/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 08/17/2007 |
| **Nature:** | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

FOUL ODOR IN AIR. FIRST NOTICED FROM INSIDE THE HOUSE.

**Comment:**

INCIDENT LOCATION: ODOR NOTICED IN SHADOW CREEK RANCH.

**Action Taken:**

The investigator conducted a complaint investigation on August 14, 2007; refer to the investigation number listed below.

View Investigation Details                                      Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

| please enter search p | Go |

**SUBJECT INDEX**
- › Air › Water › Waste
- › Search TCEQ Data
- › Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **95438** | |
| **Investigation #:** ❓ | 572718 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 08/14/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p] [Go]

**SUBJECT INDEX**
› Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ **97617**
**Complaint Received Date:** 09/17/2007
**Number Complaining:** 1

**Status:** ❓          CLOSED
**Status Date:** ❓      10/01/2007

**Nature:** ❓          ODOR
**Frequency:** ❓       PAST
**Duration:** ❓        ESTIMATED
**Media:** ❓           WASTE
**Program:** ❓         MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓        Within 14 Calendar Days
**Effect:** ❓          ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓  BLUE RIDGE LANDFILL
**County:** ❓           FORT BEND

---

**Description:**

FOUL ODOR IN THE AIR, SHADOW CREEK RANCH AREA.

---

**Comment:**

No comment available.

---

**Action Taken:**

The investigator conducted a complaint investigation on September 19, 2007; refer to the investigation number listed below.

---

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p [ ]  Go

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #: ❓ 97619** | |
| **Investigation #:** ❓ | 594718 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 09/19/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

**Notice of Violation ❓ Date: 01/10/2008**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 08/04/08 | (a) The Blue Ridge Landfill utilizes tarps as part of their Alternative Daily Cover (ADC). In reviewing the facility current site operating plan approved July 24, 2007, the usage of tarps is not an approved method of ADC. (b) During the investigation and records review, it was noted that the facility failed to have documentation of Alternate Daily Cover operator training prior to usage. | 30 TAC Chapter 330, SubChapter F | 330.121 (a) |
| RESOLVED | 08/04/08 | In reviewing the daily cover log, it was determined that the daily cover log did not document the application rate and total amount of ADC applied to the working face on those days in which ADC is applied. | 30 TAC Chapter 330, SubChapter F | 330.125 (b) |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
›  Air  ›  Water  ›  Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | ❓ 98068 |
| **Complaint Received Date:** | 09/26/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 10/02/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ACTUAL |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

COMPLAINANT ALLEGES SMELLING AN AWFUL SMELL AT NIGHT BETWEEN 9:00 - 10:00 PM. THE COMPLAINANT HAS BEEN TOLD THAT IT IS THE LANDFILL BURNING, WHICH IS WHAT IT SMELLS LIKE.

**Comment:**

No comment available.

**Action Taken:**

The investigator conducted a complaint investigation on September 30, 2007; refer to the inevstigation number listed below.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p] [Go]

**SUBJECT INDEX**

 › Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **97960** | |
| **Investigation #:** ❓ | 596666 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 09/30/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**
| please enter search p | Go |

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**
- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **98907** | |
| **Complaint Received Date:** | 10/15/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 11/09/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

COMPLAINANT ALLEGED HORRIBLE ODOR ON SATURDAY AT ABOUT 4:30 A.M. IN THEIR HOUSE. COMPLAINANT FURTHER ALLEGED PUTRID SMELL OUTSIDE THEIR HOUSE THE SAME DAY AND TIME. COMPLAINANT BELIEVES THE ODOR ORIGINATES FROM BLUE RIDGE LANDFILL WHICH COMPLAINANT STATES IS WITHIN A ONE-MILE RADIUS FROM THEIR HOUSE. COMPLAINANT FURTHER STATED THAT THE ODOR COMES MANY, MANY TIMES.

**Comment:**

No comment available.

**Action Taken:**

The investigator conducted a complaint investigation on October 19, 2007; refer to the investigation number listed below.

View Investigation Details                          Return to Top

New Search

Case 3:16-cv-00323    Document 61-20    Filed in TXSD on 08/10/18    Page 103 of 124

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
  › Air  › Water  › Waste
  › Search TCEQ Data
  › Agency Organization Map

›› Questions or Comments:
    oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| Complaint Tracking #: | 99240 |
|---|---|
| Investigation #: | 600980 |
| Regulated Entity: | BLUE RIDGE LANDFILL |
| Regulated Entity #: | RN102610102 |
| County: | FORT BEND |
| Street Address: | 2200 FM 521 RD |
| City: | FRESNO |
| Zip: | 77545 |
| Date of Investigation: | 10/19/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status          Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
› Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

▪ Cleanups, Remediation

▪ Emergency Response

▪ Licensing

▪ Permits, Registrations

▪ Preventing Pollution

▪ Recycling

▪ Reporting

▪ Rules

▫ About TCEQ

▫ Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | **99249** |
| **Complaint Received Date:** | 10/22/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 11/09/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

THERE IS A PUNGENT OR TRASH-LIKE SMELL SOME NIGHTS COMING FROM
THE BLUE RIDGE LANDFILL.

**Comment:**

INCIDENT LOCATION IS 2100 BLOCK OF FRANK SHORE DRIVE, PEARLAND,
TEXAS 77584.

**Action Taken:**

The investigator conducted a complaint investigation on October 24, 2007;
refer to the investigation number listed below.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact
Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p  [ Go ]

**SUBJECT INDEX**
- › Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| Complaint Tracking #: | 99242 |
|---|---|
| Investigation #: | 599185 |
| Regulated Entity: | BLUE RIDGE LANDFILL |
| Regulated Entity #: | RN102610102 |
| County: | FORT BEND |
| Street Address: | 2200 FM 521 RD |
| City: | FRESNO |
| Zip: | 77545 |
| Date of Investigation: | 10/24/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

**Notice of Violation** Date: 02/21/2008

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 03/31/09 | During the investigation, several areas of ponded water were observed in the vicinity of grid location MM, 18-24 and NN, 12-14 near extraction wells 5, 7, 8, 11, and 49. The ponding of water over waste on a landfill, regardless of origin, must be prevented. | 30 TAC Chapter 330, SubChapter D | 330.167 |
| RESOLVED | 03/31/09 | During the site investigation, several areas of uncovered waste and erosion were observed in the area of grid location MM, 18-24 and NN, 12-14. | 30 TAC Chapter 330, SubChapter D | 330.165 (c) |
| RESOLVED | 03/31/09 | During the site investigation, several areas of uncovered waste and erosion were observed in the area of grid location MM, 18-24 and NN, 12-14. | 30 TAC Chapter 330, SubChapter D | 330.165 (a) |

Back to Complaint Status                              Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   [ Go ]

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste

› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

⸱ About TCEQ
⸱ Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | **99342** |
| **Complaint Received Date:** | 10/26/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 11/09/2007 |
| **Nature:** | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

THE SMELL FROM 10/25 NIGHT CONTINUED THROUGHOUT THE NIGHT UNTIL THE MORNING OF 10/26.

**Comment:**

INCIDENT LOCATION 13800 BLOCK OF ROSE BAY CT, PEARLAND, BRAZORIA COUNTY, TEXAS 77584

**Action Taken:**

The investigator conducted a complaint investigation on November 8 and 9, 2007; refer to the investigation number listed below.

View Investigation Details                                   Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**
please enter search p  [ Go ]

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste

› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **99380** | |
| **Investigation #:** ❓ | 600999 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 11/08/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
› Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | 99347 |
| **Complaint Received Date:** | 10/26/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 11/09/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | PROPERTY |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

AT 7:18 AM THE COMPLAINANT SMELLED THE BLUE RIDGE LANDFILL ON THEIR PROPERTY. COMPLAINANT ALSO STATED THAT THE SMELL FROM THE LANDFILL HAS BEEN "REALLY BAD THIS WEEK." THE SMELL DISAPPEARED BY 8:15 AM.

**Comment:**

INCIDENT LOCATION IS 2600 BLOCK OF WHITE FALLS DRIVE, PEARLAND, TEXAS 77584.

**Action Taken:**

The investigator conducted a complaint investigation on November 8 and 9, 2007; refer to the investigation number listed below.

View Investigation Details                          Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=99347    7/12/2018

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
[please enter search p]  [Go]

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **99380** | |
| **Investigation #:** ❓ | 600999 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 11/08/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p [ Go ]

**SUBJECT INDEX**
- ‣ Air  ‣ Water  ‣ Waste
- ‣ Search TCEQ Data
- ‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**
- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 99483 | |
| **Complaint Received Date:** | 10/30/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 11/09/2007 |
| **Nature:** | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** | ESTIMATED |
| **Media:** | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | PROPERTY |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

COMPLAINANT STATED THAT ON OCTOBER 30, 2007 AT APPROXIMATELY 7:00 AM THEY BEGAN TO SMELL A VERY STRONG ODOR OF GARBAGE COMING FROM BLUE RIDGE LANDFILL. THE ODOR LASTED APPROXIMATELY 20 MINUTES. THE COMPLAINANT ALSO STATED THAT THE SAME ODORS USUALLY ARE NOTICED AT NIGHT.

**Comment:**

INCIDENT LOCATION IS BLUE RIDGE LANDFILL, LOCATED BEHIND THE SHADOW CREEK RANCH SUBDIVISION.

**Action Taken:**

The investigator conducted a complaint investigation on November 8 and 9, 2007; refer to the investigation number listed below.

View Investigation Details                                    Return to Top

New Search

---

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
[please enter search p]   [Go]

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**
- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** 99380 | |
| **Investigation #:** | 600999 |
| **Regulated Entity:** | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** | RN102610102 |
| **County:** | FORT BEND |
| **Street Address:** | 2200 FM 521 RD |
| **City:** | FRESNO |
| **Zip:** | 77545 |
| **Date of Investigation:** | 11/08/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p    Go

**SUBJECT INDEX**
› Air  › Water  › Waste

› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **99587** |
| **Complaint Received Date:** | 10/31/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 11/09/2007 |
| **Nature:** | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

---

**Description:**

FOUL ODOR IN AIR.

---

**Comment:**

INCIDENT LOCATION IS SHADOW CREEK RANCH.

---

**Action Taken:**

The investigator conducted a complaint investigation on November 8 and 9, 2007; refer to the investigation number listed below.

---

View Investigation Details                                    Return to Top

New Search

---

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
  ‣ Air  ‣ Water  ‣ Waste
‣ Search TCEQ Data
‣ Agency Organization Map

‣‣ Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **99380** | |
| **Investigation #:** ❓ | 600999 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 11/08/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p  [ Go ]

**SUBJECT INDEX**
  ›  Air  ›  Water  ›  Waste
› Search TCEQ Data
› Agency Organization Map

  ›› Questions or Comments:
  oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | 99722 |
| **Complaint Received Date:** | 11/05/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 11/09/2007 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

COMPLAINANT ALLEGES AN ODOR OUTSIDE OF THE HOUSE LIKE SPOILED PRODUCTS HAVE, WHICH MAKES IT IMPOSSIBLE TO GO OUTSIDE. THE COMPLAINANT ALSO SMELLS THE ODOR IN THE HOUSE, AND SAYS IT OCCURS EVERY 2 DAYS.

**Comment:**

No comment available.

**Action Taken:**

The investigator conducted a complaint investigation on November 8 and 9, 2007; refer to the investigation number listed below.

View Investigation Details                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=99722      7/12/2018

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**

&rsaquo; Air &rsaquo; Water &rsaquo; Waste

&rsaquo; Search TCEQ Data

&rsaquo; Agency Organization Map

&rsaquo;&rsaquo; Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **99380** | |
| **Investigation #:** ❓ | 600999 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 11/08/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                              Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ 99873
**Complaint Received Date:** 11/08/2007
**Number Complaining:** 1

**Status:** ❓  CLOSED
**Status Date:** ❓  11/14/2007

**Nature:** ❓  ODOR
**Frequency:** ❓  PREDICTABLE
**Duration:** ❓  ESTIMATED
**Media:** ❓  WASTE
**Program:** ❓  MUNICIPAL SOLID WASTE - HIGH LEVEL
**Priority:** ❓  Within 14 Calendar Days
**Effect:** ❓  ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓ BLUE RIDGE LANDFILL
**County:** ❓  FORT BEND

**Description:**

COMPLAINANT REPORTS "THE WIND WAS FROM THE SW EVERY TIME THE WIND BLOWS FROM THAT DIRECTION, THERE IS A HORRIBLE TRASH SMELL THROUGHOUT THE NEIGHBORHOOD. I'M SURE ROTTING TRASH FUMES CANNOT BE GOOD FOR OUR HEALTH. I UNDERSTAND THIS LANDFILL IS ATTEMPTING TO EXPAND. THAT WOULD BE CRAZY. THE POPULATION IN OUR IMMEDIATE AREA IS BOOMING. LITERALLY THOUSANDS OF HOMES WITHIN A COUPLE MILES OF THE LANDFILL. THE LANDFILL NEEDS TO FIND A NEW LOCATION THAT IS LESS POPULATED."

**Comment:**

INCIDENT LOCATION IS 11600 BLOCK OF PARK FALLS CT., PEARLAND, TEXAS 77584.

**Action Taken:**

The investigator conducted a complaint investigation on November 8, 2007; refer to the investigation number listed below.

View Investigation Details                                          Return to Top
New Search

Case 3:16-cv-00323    Document 61-20    Filed in TXSD on 08/10/18    Page 121 of 124

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

| please enter search p | Go |

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **99380** | |
| **Investigation #:** ❓ | 600999 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 11/08/2007 |

| **Media:** | **Program:** |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
[please enter search p] [Go]

**SUBJECT INDEX**
› Air   › Water   › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **100505** | |
| **Complaint Received Date:** | 11/26/2007 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 01/24/2008 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **County:** ❓ | FORT BEND |

**Description:**

FOUL ODOR IN AIR.

**Comment:**

INCIDENT LOCATION: ODOR IN SHADOW CREEK RANCH. 2100 BLOCK OF MISTY HARBOR DRIVE, PEARLAND, TEXAS 77584.

**Action Taken:**

The investigator conducted a complaint investigation on November 28, 2007; refer to the investigation number listed below.

View Investigation Details                    Return to Top

New Search

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
[please enter search p]  [Go]

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **100514** | |
| **Investigation #:** ❓ | 615367 |
| **Regulated Entity:** ❓ | BLUE RIDGE LANDFILL |
| **Regulated Entity #:** ❓ | RN102610102 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2200 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 11/28/2007 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality