# EXHIBIT 20



**SITE SEARCH:**

please enter search p   Go

**SUBJECT INDEX**

> Air   > Water   > Waste

> Search TCEQ Data

> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** 84138 | |
| **Complaint Received Date:** 11/21/2006 | |
| **Number Complaining:** 1 | |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 12/21/2006 |
| | |
| **Nature:** ❓ | OUTDOOR BURNING |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ACTUAL |
| **Media:** ❓ | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **County:** ❓ | FORT BEND |

**Description:**

Complainant experienced foul odor in the air on above date and at other times. Sounded like it's probably H2S.

**Comment:**

Alleged source is Akzo Nobel at 15200 Almeda, Pearland, TX.

**Action Taken:**

Incident has been assigned for investigation.

View Investigation Details                                    Return to Top

New Search



**SITE SEARCH:**

please enter search p    Go

**SUBJECT INDEX**
› Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **84138** |
| **Investigation #:** ❓ | 534998 |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** ❓ | RN100219393 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 15200 ALMEDA RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 12/07/2006 |

| Media: | Program: |
|---|---|
| AIR | AIR OPERATING PERMITS |
| AIR | AIR NEW SOURCE PERMITS |

**Violations:**
No NOV/NOE has been issued.

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**

› Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** | **90318** |
| **Complaint Received Date:** | 04/26/2007 |
| **Number Complaining:** | 1 |
| **Status:** | CLOSED |
| **Status Date:** | 06/04/2007 |
| **Nature:** | ODOR |
| **Frequency:** | CURRENT |
| **Duration:** | ESTIMATED |
| **Media:** | AIR |
| **Program:** | AIR QUALITY - HIGH LEVEL |
| **Priority:** | Within 14 Calendar Days |
| **Effect:** | ENVIRONMENTAL |
| **Receiving Water Body:** | |
| **Regulated Entity:** | AKZO NOBEL SURFACE CHEMISTRY |
| **County:** | FORT BEND |

**Description:**

Complainant alleges there is a strong odor twice per week, making her nauseous.

**Comment:**

Alleged source Akzo Nobel near Missouri City.

**Action Taken:**

Incident has been assigned for investigation by TCEQ Region 12.

View Investigation Details                                    Return to Top

New Search



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**

› Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| Complaint Tracking #: | 90318 |
|---|---|
| Investigation #: | 562888 |
| Regulated Entity: | AKZO NOBEL SURFACE CHEMISTRY |
| Regulated Entity #: | RN100219393 |
| County: | FORT BEND |
| Street Address: | 15200 ALMEDA RD |
| City: | HOUSTON |
| Zip: | 77053 |
| Date of Investigation: | 05/30/2007 |

| Media: | Program: |
|---|---|
| AIR | AIR QUALITY NON PERMITTED |

**Violations:**
No NOV/NOE has been issued.

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p [ Go ]

**SUBJECT INDEX**
- Air  - Water  - Waste

- Search TCEQ Data

- Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ 93730
**Complaint Received Date:** 07/06/2007
**Number Complaining:** 1

**Status:** ❓    CLOSED
**Status Date:** ❓    07/26/2007

**Nature:** ❓    ODOR
**Frequency:** ❓    CURRENT
**Duration:** ❓    ESTIMATED
**Media:** ❓    AIR
**Program:** ❓    AIR QUALITY - HIGH LEVEL
**Priority:** ❓    Within 14 Calendar Days
**Effect:** ❓    ENVIRONMENTAL
       HEALTH

**Receiving Water Body:** ❓

**Regulated Entity:** ❓    AKZO NOBEL SURFACE CHEMISTRY
**County:** ❓      FORT BEND

**Description:**

Chemical odor, possibly from Akzo Nobel, are entering complainant's home early in the morning and last until about 9am. Some of the physical effects of the exposure are irritation and sick stomach. Complainant is unable to go outside during this time.

**Comment:**

Alleged source is Akzo Nobel, located near Mchard Rd and Almeda Rd, Pearland, TX.

**Action Taken:**

Incident has been assigned for investigation by TCEQ Region 12.

View Investigation Details        Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=93730      7/24/2018

Case 3:16-cv-00323   Document 61-21   Filed in TXSD on 08/10/18   Page 7 of 80

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p   [Go]

**SUBJECT INDEX**
- ▸ Air  ▸ Water  ▸ Waste
- ▸ Search TCEQ Data
- ▸ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**
- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **93730** | |
| **Investigation #:** ❓ | 570120 |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** ❓ | RN100219393 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 15200 ALMEDA RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 07/25/2007 |

| Media: | Program: |
|---|---|
| AIR | AIR QUALITY NON PERMITTED |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                              Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
  › Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
  oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| Complaint Tracking #: ❓ 99210 | |
|---|---|
| Complaint Received Date: | 10/23/2007 |
| Number Complaining: | 1 |
| | |
| Status: ❓ | CLOSED |
| Status Date: ❓ | 12/17/2007 |
| | |
| Nature: ❓ | ODOR |
| Frequency: ❓ | CURRENT |
| Duration: ❓ | ACTUAL |
| Media: ❓ | AIR |
| Program: ❓ | AIR QUALITY - HIGH LEVEL |
| Priority: ❓ | Within 14 Calendar Days |
| Effect: ❓ | ENVIRONMENTAL |
| | |
| Receiving Water Body: ❓ | |
| | |
| Regulated Entity: ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| County: ❓ | FORT BEND |

**Description:**

Complainant alleges there is an odor coming from the Akzo Nobel Plant. It always occurs around 11:00 pm. The smell is awful at night, but is gone when the investigators go in the morning.

**Comment:**

Alleged source is Akzo Nobel Plant, located at 15200 Almeda Rd, Houston.

**Action Taken:**

Investigator: Rachel Price-Taylor

Investigation Date: November 8, 2007

Inv #: 600814

Complaint unconfirmed. The allegations made by the complainant could not be confirmed by the investigator. No violation will be issued. A copy of the final investigation will be mailed to the complainant.

View Investigation Details                                    Return to Top

New Search

Case 3:16-cv-00323   Document 61-21   Filed in TXSD on 08/10/18   Page 10 of 80

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

| please enter search p | Go |

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **99210** | |
| **Investigation #:** ❓ | 600814 |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** ❓ | RN100219393 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 15200 ALMEDA RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 11/08/2007 |

| **Media:** | **Program:** |
|---|---|
| AIR | AIR OPERATING PERMITS |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                     Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p | Go

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

▪ Cleanups, Remediation
▪ Emergency Response
▪ Licensing
▪ Permits, Registrations
▪ Preventing Pollution
▪ Recycling
▪ Reporting
▪ Rules

▫ About TCEQ
▫ Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Status

**Complaint Tracking #:** ❓ **105525**
**Complaint Received Date:** 03/28/2008
**Number Complaining:** 1

**Status:** ❓     CLOSED
**Status Date:** ❓  05/23/2008

**Nature:** ❓         ODOR
**Frequency:** ❓      INTERMITTENT
**Duration:** ❓       ESTIMATED
**Media:** ❓          AIR
**Program:** ❓        AIR QUALITY - HIGH LEVEL
**Priority:** ❓       Within 14 Calendar Days
**Effect:** ❓         ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓ GENERIC INCIDENT ZIP CODE 77584
**County:** ❓          BRAZORIA

### Description:

Complainant alleges a noxious odor was prevalent in the early morning. This is the same odor that has been released at irregular intervals since June. Sometimes the odor is so strong that it causes immediate nausea.

### Comment:

Alleged source is Akzo Nobel, located near the intersection of FM 521 and FM 2234, Houston, TX 77584

### Action Taken:

Incident has been assigned for investigation by TCEQ Region 12.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=105525   7/24/2018



SITE SEARCH:

please enter search p    Go

**SUBJECT INDEX**
▸ Air  ▸ Water  ▸ Waste
▸ Search TCEQ Data
▸ Agency Organization Map

▸▸ Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**
- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **105525** | |
| **Investigation #:** ❓ | 653542 |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** ❓ | RN100219393 |
| **County:** ❓ | BRAZORIA |
| **Street Address:** ❓ | 15200 ALMEDA RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 04/18/2008 |

| Media: | Program: |
|---|---|
| AIR | AIR OPERATING PERMITS |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

[please enter search p] [Go]

**SUBJECT INDEX**
  › Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ **116582**
**Complaint Received Date:** 11/12/2008
**Number Complaining:** 1

**Status:** ❓   CLOSED
**Status Date:** ❓   11/24/2008

**Nature:** ❓   ODOR
**Frequency:** ❓   PAST
**Duration:** ❓   ESTIMATED
**Media:** ❓   AIR
**Program:** ❓   AIR QUALITY - HIGH LEVEL
**Priority:** ❓   Within 14 Calendar Days
**Effect:** ❓   ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓   AKZO NOBEL SURFACE CHEMISTRY
**County:** ❓   FORT BEND

**Description:**

Complainant alleges an extremely strong coke plant smell is penetrating inside the property. Lasted for about 2 hours.

**Comment:**

Alleged source is located about1 mile west of Hwy 288 and .25 miles S of FM 518. According to the complainant the alleged source is Akzo Nobel Surface Chemistry LLC, 15200 Alameda Road, Houston, TX 77053

**Action Taken:**

The odors were not confirmed. The allegations made by the complainant were not confirmed by the investigator at the allege source.

View Investigation Details          Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=116582   7/24/2018

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p   Go

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **116582** | |
| **Investigation #:** ❓ | 708607 |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** ❓ | RN100219393 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 15200 ALMEDA RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 11/19/2008 |

| **Media:** | **Program:** |
|---|---|
| AIR | AIR QUALITY NON PERMITTED |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p    Go

**SUBJECT INDEX**
 ‣ Air ‣ Water ‣ Waste
‣ Search TCEQ Data
‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

• Cleanups, Remediation
• Emergency Response
• Licensing
• Permits, Registrations
• Preventing Pollution
• Recycling
• Reporting
• Rules

▪ About TCEQ
▪ Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ **119188**
**Complaint Received Date:** 01/22/2009
**Number Complaining:** 1

**Status:** ❓            CLOSED
**Status Date:** ❓       01/29/2009

**Nature:** ❓            ODOR
**Frequency:** ❓         CURRENT
**Duration:** ❓          ESTIMATED
**Media:** ❓             AIR
**Program:** ❓           AIR QUALITY - HIGH LEVEL
**Priority:** ❓          Within 14 Calendar Days
**Effect:** ❓            ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓   AKZO NOBEL SURFACE CHEMISTRY
**County:** ❓            FORT BEND

---

**Description:**

Complainant alleges experiencing a very strong, chemical-like odor at early hours of morning.

---

**Comment:**

Alleged source is Akzo Nobel Surface Chemistry LLC located at 15200 Almeda Rd, Houston, TX

---

**Action Taken:**

Investigator's Name: Bita Maki Abughazaleh

Date Investigation performed: 01/29/2009

Time Investigation performed: 9:15

Investigation Number:

An on-site investigation was conducted on the date above. The alleged allegations were not confirmed.

---

View Investigation Details                                        Return to Top

New Search

Case 3:16-cv-00323    Document 61-21    Filed in TXSD on 08/10/18    Page 18 of 80

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste
‣ Search TCEQ Data
‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **119188** | |
| **Investigation #:** ❓ | 725413 |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** ❓ | RN100219393 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 15200 ALMEDA RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 01/29/2009 |

| Media: | Program: |
|---|---|
| AIR | AIR QUALITY NON PERMITTED |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                         Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **128462** |
| **Complaint Received Date:** | 08/21/2009 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 10/14/2009 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ACTUAL |
| **Media:** ❓ | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **County:** ❓ | FORT BEND |

**Description:**

Complainant detected a very strong odor coming from the alleged source.

**Comment:**

Alleged source of complaint is Akzo Nobel located at the intersection of FM 2234 and FM 521. Complaint not confirmed.

**Action Taken:**

Incident has been assigned for investigation by TCEQ Region 12.

View Investigation Details                                           Return to Top

New Search



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**
- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** | **128462** |
| **Investigation #:** | 775676 |
| **Regulated Entity:** | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** | RN100219393 |
| **County:** | FORT BEND |
| **Street Address:** | 15200 ALMEDA RD |
| **City:** | HOUSTON |
| **Zip:** | 77053 |
| **Date of Investigation:** | 08/31/2009 |

| Media: | Program: |
|---|---|
| AIR | AIR OPERATING PERMITS |
| AIR | AIR NEW SOURCE PERMITS |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                   Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

[please enter search p] [Go]

**SUBJECT INDEX**
  › Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
    oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **135911** | |
| **Complaint Received Date:** | 02/17/2010 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 02/22/2010 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | INTERMITTENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | GENERIC INCIDENT ZIP CODE 77584 |
| **County:** ❓ | BRAZORIA |

**Description:**

Complainant alleges there is a strong chemical, butane-like, odor throughout the neighborhood,

**Comment:**

Alleged source is not known.

**Action Taken:**

Samuel Cortez

February 18, 2010

12:40pm - 14:30pm

Investigation Number 793074

Complaint unconfirmed. The allegations made by the complainant could not be confirmed by the investigator. No violation will be issued. A copy of the final investigation report will be mailed to the complainant.

View Investigation Details                     Return to Top

New Search

Case 3:16-cv-00323    Document 61-21    Filed in TXSD on 08/10/18    Page 23 of 80

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p  [ Go ]

**SUBJECT INDEX**
▸ Air  ▸ Water  ▸ Waste
▸ Search TCEQ Data
▸ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **135911** | |
| **Investigation #:** ❓ | 793074 |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** ❓ | RN100219393 |
| **County:** ❓ | BRAZORIA |
| **Street Address:** ❓ | 15200 ALMEDA RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 02/18/2010 |

| Media: | Program: |
|---|---|
| AIR | AIR OPERATING PERMITS |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top



SITE SEARCH:

| please enter search p | Go |

**SUBJECT INDEX**
▸ Air  ▸ Water  ▸ Waste
▸ Search TCEQ Data
▸ Agency Organization Map

▸▸ Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ **161543**
**Complaint Received Date:** 11/09/2011
**Number Complaining:** 1

**Status:** ❓         CLOSED
**Status Date:** ❓    12/21/2011

**Nature:** ❓         ODOR
**Frequency:** ❓      PAST
**Duration:** ❓       ESTIMATED
**Media:** ❓          AIR
**Program:** ❓        AIR QUALITY - HIGH LEVEL
**Priority:** ❓       Within 14 Calendar Days
**Effect:** ❓         ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓  AKZO NOBEL SURFACE CHEMISTRY
**County:** ❓            FORT BEND

**Description:**

Complainant alleging a very bad odor for almost an hour, this happens at least 25-30 days a year.

**Comment:**

15200 ALMEDA RD HOUSTON, TX 77053-4920

**Action Taken:**

This complaint was assigned to Cesar Q. Bautista. See CCEDS Investigation Number 969198.

View Investigation Details                                  Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**
[please enter search p] [Go]

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| Complaint Tracking #: ❓ 161543 | |
|---|---|
| Investigation #: ❓ | 969198 |
| Regulated Entity: ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| Regulated Entity #: ❓ | RN100219393 |
| County: ❓ | FORT BEND |
| Street Address: ❓ | 15200 ALMEDA RD |
| City: ❓ | HOUSTON |
| Zip: ❓ | 77053 |
| Date of Investigation: ❓ | 11/14/2011 |

| Media: | Program: |
|---|---|
| AIR | AIR NEW SOURCE PERMITS |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p   Go

**SUBJECT INDEX**
> Air   > Water   > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **219406** | |
| **Complaint Received Date:** 08/26/2015 | |
| **Number Complaining:** 1 | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 09/04/2015 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **County:** ❓ | FORT BEND |

**Description:**

The Complainant is concerned about odors coming from a business in the area.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
> Air > Water > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ 219406 | |
| **Investigation #:** ❓ | 1275707 |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** ❓ | RN100219393 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 15200 ALMEDA RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 09/01/2015 |

| **Media:** | **Program:** |
|---|---|
| AIR | AIR OPERATING PERMITS |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p    [Go]

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 223538 | |
| **Complaint Received Date:** | 10/29/2015 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 12/07/2015 |
| **Nature:** | ODOR |
| **Frequency:** ❓ | PREDICTABLE |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 1 Working Day |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **County:** ❓ | FORT BEND |

**Description:**

The Complainant is concerned about odors coming from a business in the area.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                                         Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=223538    7/24/2018



SITE SEARCH:

[please enter search p] [Go]

**SUBJECT INDEX**
› Air › Water › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **223538** |
| **Investigation #:** ❓ | 1282606 |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** ❓ | RN100219393 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 15200 ALMEDA RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 09/25/2015 |

| Media: | Program: |
|---|---|
| AIR | AIR NEW SOURCE PERMITS |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
› Air   › Water   › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 223560 | |
| **Complaint Received Date:** 11/18/2015 | |
| **Number Complaining:** 1 | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 01/12/2016 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PREDICTABLE |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 5 Working Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **County:** ❓ | FORT BEND |

**Description:**

The Complainant is concerned about odors coming from a business in the area.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p  | Go |

**SUBJECT INDEX**
 ‣ Air ‣ Water ‣ Waste
 › Search TCEQ Data
 › Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **223560** |
| **Investigation #:** ❓ | 1305299 |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** ❓ | RN100219393 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 15200 ALMEDA RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 11/19/2015 |

| Media: | Program: |
|---|---|
| AIR | AIR OPERATING PERMITS |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p [ Go ]

**SUBJECT INDEX**
› Air › Water › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 254323 | |
| **Complaint Received Date:** 03/15/2017 | |
| **Number Complaining:** 1 | |

| | |
|---|---|
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 07/12/2017 |

| | |
|---|---|
| **Nature:** | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** | Within 1 Working Day |
| **Effect:** ❓ | ENVIRONMENTAL HEALTH |

| | |
|---|---|
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **County:** ❓ | FORT BEND |

**Description:**

The Complainant alleged impacts of odor coming from a business in the area.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint was assigned to Cesar Q. Bautista. See CCEDS Investigation Number 1401604 for details.

View Investigation Details                                   Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
 ‣ Air  ‣ Water  ‣ Waste

 ‣ Search TCEQ Data

 ‣ Agency Organization Map

 ›› Questions or Comments:
  oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **254323** | |
| **Investigation #:** ❓ | 1401604 |
| **Regulated Entity:** ❓ | AKZO NOBEL SURFACE CHEMISTRY |
| **Regulated Entity #:** ❓ | RN100219393 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 15200 ALMEDA RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 03/17/2017 |

| Media: | Program: |
|---|---|
| AIR | AIR QUALITY NON PERMITTED |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                          Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

| please enter search p | Go |

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 83792 | |
| **Complaint Received Date:** 11/06/2006 | |
| **Number Complaining:** 1 | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 11/13/2006 |
| **Nature:** ❓ | OSSF - FIELD OPERATIONS DIVISION ONLY |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | |
| **Media:** ❓ | WATER |
| **Program:** ❓ | WATER QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | BRENNTAG SOUTHWEST |
| **County:** ❓ | HARRIS |

**Description:**

The on-site sewage facility is failing and causing an odor.

**Comment:**

No comment available.

**Action Taken:**

This system is located within Pearland's city limits which has no interlocal agreement with the county and is not an authorized agent. The complaint will be investigated by the TCEQ's on-site sewage facilities section in the Houston Region.

View Investigation Details                                          Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
›  Air  › Water  › Waste

› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

▪ About TCEQ
▪ Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **83792** | |
| **Investigation #:** ❓ | 519420 |
| **Regulated Entity:** ❓ | BRENNTAG SOUTHWEST |
| **Regulated Entity #:** ❓ | RN100544675 |
| **County:** ❓ | HARRIS |
| **Street Address:** ❓ | 14826 HOOPER RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77047 |
| **Date of Investigation:** ❓ | 11/09/2006 |

| Media: | Program: |
|---|---|
| WATER | ON SITE SEWAGE FACILITY |

**Notice of Violation** ❓ **Date: 11/13/2006**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 12/13/06 | Failure to perform maintenance on an OSSF by a valid maintenance company as described by rule or contract. | 30 TAC Chapter 285, SubChapter A | 285.7(a) |

Back to Complaint Status                          Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

| please enter search p | Go |

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **174103** | |
| **Complaint Received Date:** 09/24/2012 | |
| **Number Complaining:** | 1 |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 10/30/2012 |
| | |
| **Nature:** ❓ | MUNICIPAL NON-INDUSTRIAL |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WATER |
| **Program:** ❓ | WATER QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **County:** ❓ | BRAZORIA |

**Description:**

Illegal amount of fecal matter is being released at the Far Northwest wastewater plant in Pearland, Texas. The plant is located at 1818 Reflection Bay Dr., Pearland, Texas. The amount bursts the allowed permit amount. Operators are told to "fudge" the ....

**Comment:**

See investigation no. 1030814.

**Action Taken:**

Assigned to an investigator on 9/24/2012

View Investigation Details                                      Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

| please enter search p | Go |

**SUBJECT INDEX**

› Air › Water › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **174103** | |
| **Investigation #:** ❓ | 1030814 |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **Regulated Entity #:** ❓ | RN101920007 |
| **County:** ❓ | BRAZORIA |
| **Street Address:** ❓ | Not available |
| **City:** ❓ | Not available |
| **Zip:** ❓ | Not available |
| **Date of Investigation:** ❓ | 09/12/2012 |

| Media: | Program: |
|---|---|
| WATER | WASTEWATER |

**Notice of Violation** ❓ **Date: 12/18/2012**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 09/23/13 | Failure to maintain compliance with effluent limits for Fecal Coliform. | 30 TAC Chapter 305, SubChapter F | 305.125 (1) |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
- › Air  › Water  › Waste
- › Search TCEQ Data
- › Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **194942** | |
| **Complaint Received Date:** 02/28/2014 | |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 06/11/2014 |
| **Nature:** ❓ | MUNICIPAL NON-INDUSTRIAL |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | |
| **Media:** ❓ | WATER |
| **Program:** ❓ | WATER QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **County:** ❓ | BRAZORIA |

**Description:**

Complainant alleges that there is a black discharge from the wastewater treatment plant into the creek.

**Comment:**

See investigation no. 1173673.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

| please enter search p | Go |

**SUBJECT INDEX**

› Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **194942** | |
| **Investigation #:** ❓ | 1173673 |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **Regulated Entity #:** ❓ | RN101920007 |
| **County:** ❓ | BRAZORIA |
| **Street Address:** ❓ | Not available |
| **City:** ❓ | Not available |
| **Zip:** ❓ | Not available |
| **Date of Investigation:** ❓ | 03/03/2014 |

| Media: | Program: |
|---|---|
| WATER | WASTEWATER |

**Notice of Violation** ❓ **Date: 07/07/2014**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 07/17/15 | Failed to maintain compliance with the permitted effluent limits. | 30 TAC Chapter 305, SubChapter F | 305.125 (1) |
| RESOLVED | 07/17/15 | Failed to maintain compliance with the permitted effluent limits. | 2D TWC Chapter 26, SubChapter A | 26.121(a) (1) |
| RESOLVED | 07/17/15 | Failed to prevent the discharge of sludge to the receiving stream. | 30 TAC Chapter 305, SubChapter F | 305.125 (1) |
| RESOLVED | 07/17/15 | Failed to prevent the discharge of sludge to the receiving stream. | 30 TAC Chapter 305, SubChapter F | 305.125 (4) |
| RESOLVED | 07/17/15 | Failed to prevent the discharge of sludge to the receiving stream. | 2D TWC Chapter 26, SubChapter A | 26.121(a) (1) |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

[please enter search p]  [Go]

**SUBJECT INDEX**
- ▸ Air  ▸ Water  ▸ Waste
▸ Search TCEQ Data
▸ Agency Organization Map

▸▸ Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #: ❓ 242443** | |
| **Complaint Received Date:** 08/26/2016 | |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 11/10/2016 |
| **Nature:** | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WATER |
| **Program:** ❓ | WATER QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **County:** ❓ | BRAZORIA |

**Description:**

Putrid sewer odor in the area.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                                    Return to Top
New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

**SUBJECT INDEX**
  ‣ Air  ‣ Water  ‣ Waste
‣ Search TCEQ Data
‣ Agency Organization Map

‣‣ Questions or Comments:
   oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **242443** | |
| **Investigation #:** ❓ | 1364798 |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **Regulated Entity #:** ❓ | RN101920007 |
| **County:** ❓ | BRAZORIA |
| **Street Address:** ❓ | Not available |
| **City:** ❓ | Not available |
| **Zip:** ❓ | Not available |
| **Date of Investigation:** ❓ | 09/23/2016 |

| Media: | Program: |
|---|---|
| WATER | WASTEWATER |

**Violations:**
No NOV/NOE has been issued.

Back to Complaint Status                          Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p    Go

**SUBJECT INDEX**
- Air  - Water  - Waste
- Search TCEQ Data
- Agency Organization Map

Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** 254134 | |
| **Complaint Received Date:** 03/13/2017 | |
| **Number Complaining:** 1 | |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 05/30/2017 |
| | |
| **Nature:** | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | |
| **Media:** | WATER |
| **Program:** ❓ | PUBLIC WATER SYSTEM/SUPPLY |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | GENERAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **County:** ❓ | BRAZORIA |

| **Description:** |
|---|
| The complainant alleges a stinky garbage like odor in the water. |

| **Comment:** |
|---|
| More information will be available upon approval of the investigation report. |

| **Action Taken:** |
|---|
| This complaint has been assigned and will be further investigated by an Environmental Investigator. |

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=254134    7/24/2018



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
› Air  › Water  › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **254134** | |
| **Investigation #:** ❓ | 1403064 |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **Regulated Entity #:** ❓ | RN101393601 |
| **County:** ❓ | BRAZORIA |
| **Street Address:** ❓ | Not available |
| **City:** ❓ | Not available |
| **Zip:** ❓ | Not available |
| **Date of Investigation:** ❓ | 03/31/2017 |

| Media: | Program: |
|---|---|
| WATER | PUBLIC WATER SYSTEM/SUPPLY |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.investigation&invid=89...  7/24/2018



SITE SEARCH:

please enter search p | Go

**SUBJECT INDEX**
 ‣ Air  ‣ Water  ‣ Waste

‣ Search TCEQ Data

‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status



| | |
|---|---|
| **Complaint Tracking #:** ❓ **258611** | |
| **Complaint Received Date:** | 05/22/2017 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 05/31/2017 |
| **Nature:** ❓ | WASTEWATER |
| **Frequency:** ❓ | INTERMITTENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WATER |
| **Program:** ❓ | WATER QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL GENERAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **County:** ❓ | BRAZORIA |

**Description:**

The complainant alleges a sewage smell.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p   Go

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste

› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **258611** | |
| **Investigation #:** ❓ | 1416272 |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **Regulated Entity #:** ❓ | RN101920007 |
| **County:** ❓ | BRAZORIA |
| **Street Address:** ❓ | Not available |
| **City:** ❓ | Not available |
| **Zip:** ❓ | Not available |
| **Date of Investigation:** ❓ | 05/25/2017 |

| Media: | Program: |
|---|---|
| WATER | WASTEWATER |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p [Go]

**SUBJECT INDEX**
- Air - Water - Waste
- Search TCEQ Data
- Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| Complaint Tracking #: ❓ **273645** | |
|---|---|
| **Complaint Received Date:** | 10/18/2017 |
| **Number Complaining:** | 3 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 12/04/2017 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | |
| **Media:** ❓ | WATER |
| **Program:** ❓ | WATER QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **County:** ❓ | BRAZORIA |

**Description:**

The complainant alleges there was a strong sewage smell during early hours of the morning.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
 ‣ Air  ‣ Water  ‣ Waste
 ‣ Search TCEQ Data
 ‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **273645** | |
| **Investigation #:** ❓ | 1448201 |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **Regulated Entity #:** ❓ | RN101920007 |
| **County:** ❓ | BRAZORIA |
| **Street Address:** ❓ | Not available |
| **City:** ❓ | Not available |
| **Zip:** ❓ | Not available |
| **Date of Investigation:** ❓ | 10/19/2017 |

| Media: | Program: |
|---|---|
| WATER | WASTEWATER |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**
please enter search p   | Go |

**SUBJECT INDEX**
› Air › Water › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **287014** | |
| **Complaint Received Date:** | 06/19/2018 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 06/22/2018 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | |
| **Media:** ❓ | WATER |
| **Program:** ❓ | PUBLIC WATER SYSTEM/SUPPLY |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | CITY OF PEARLAND |
| **County:** ❓ | BRAZORIA |

**Description:**

The complainant alleges foul-smelling water throughout the house and sediment in the bathtub and toilets.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

Investigation Data not Available Until Approved by Management          Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
› Air › Water › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **149949** | |
| **Complaint Received Date:** | 01/26/2011 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 03/24/2011 |
| **Nature:** ❓ | DUST |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL GENERAL HEALTH |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | HONGHUA AMERICA |
| **County:** ❓ | FORT BEND |

**Description:**

Complainant observed a lot of dust/black smoke in the area which caused breathing problems.

**Comment:**

Alleged source is located at 8300 McHard Rd, Houston, TX

**Action Taken:**

This complaint was assigned to Ms. Bita Maki Abughazaleh. See CCEDS investigation number inv. 884697 for details.

View Investigation Details                    Return to Top
New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=149949   7/24/2018

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

| please enter search p | Go |

**SUBJECT INDEX**
- ‣ Air  ‣ Water  ‣ Waste
- ‣ Search TCEQ Data
- ‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **149949** | |
| **Investigation #:** ❓ | 884697 |
| **Regulated Entity:** ❓ | HONGHUA AMERICA |
| **Regulated Entity #:** ❓ | RN106103500 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 8300 MCHARD RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 02/10/2011 |

| Media: | Program: |
|---|---|
| AIR | AIR QUALITY NON PERMITTED |

**Notice of Violation** ❓ **Date: 03/29/2011**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 07/07/11 | Failure to operate with proper authorization. (Category B4) | 30 TAC Chapter 116, SubChapter B | 116.110(a)(1) |
| RESOLVED | 07/07/11 | Failure to operate with proper authorization. (Category B4) | 5C THSC Chapter 382 | 382.085(b) |

Back to Complaint Status                                   Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p    Go

**SUBJECT INDEX**
> Air   > Water   > Waste

> Search TCEQ Data

> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 229670 | |
| **Complaint Received Date:** 03/22/2016 | |
| **Number Complaining:** | 1 |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 04/21/2016 |
| | |
| **Nature:** | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **County:** ❓ | HARRIS |

**Description:**

A strong offensive odor is as disgusting as bad taste in mouth. Some days are worse than others but foul odor is usually there when wind blows from the south.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=229670    7/24/2018



SITE SEARCH:

please enter search p [ Go ]

**SUBJECT INDEX**
- ▸ Air  ▸ Water  ▸ Waste
- ▸ Search TCEQ Data
- ▸ Agency Organization Map

▸▸ Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **229670** | |
| **Investigation #:** ❓ | 1265975 |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **Regulated Entity #:** ❓ | RN104808498 |
| **County:** ❓ | HARRIS |
| **Street Address:** ❓ | 4107 S SAM HOUSTON PKWY W |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 04/21/2016 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
 › Air  › Water  › Waste
 › Search TCEQ Data
 › Agency Organization Map

 ›› Questions or Comments:
  oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 243914 | |
| **Complaint Received Date:** | 09/16/2016 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 09/20/2016 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | INTERMITTENT |
| **Duration:** ❓ | ACTUAL |
| **Media:** ❓ | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 1 Working Day |
| **Effect:** ❓ | ENVIRONMENTAL HEALTH PROPERTY |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **County:** ❓ | HARRIS |

**Description:**

The Complainant is concerned about odors from an unknown source in the area.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=243914   7/24/2018

Case 3:16-cv-00323   Document 61-21   Filed in TXSD on 08/10/18   Page 56 of 80

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p [ Go ]

**SUBJECT INDEX**

› Air  › Water  › Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **243914** | |
| **Investigation #:** ❓ | 1363364 |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **Regulated Entity #:** ❓ | RN104808498 |
| **County:** ❓ | HARRIS |
| **Street Address:** ❓ | 4107 S SAM HOUSTON PKWY W |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 09/16/2016 |

| Media: | Program: |
|---|---|
| AIR | AIR QUALITY NON PERMITTED |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p    Go

SUBJECT INDEX
  ‣ Air  ‣ Water  ‣ Waste
  ‣ Search TCEQ Data
  ‣ Agency Organization Map

  ›› Questions or Comments:
      oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **254999** |
| **Complaint Received Date:** | 03/28/2017 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 05/01/2017 |
| **Nature:** | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **County:** ❓ | HARRIS |

**Description:**

The complainant alleges of sour garbage odors.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                                 Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p  [ Go ]

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **254999** | |
| **Investigation #:** ❓ | 1409545 |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **Regulated Entity #:** ❓ | RN104808498 |
| **County:** ❓ | HARRIS |
| **Street Address:** ❓ | 4107 S SAM HOUSTON PKWY W |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 04/20/2017 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                   Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
  › Air   › Water   › Waste
  › Search TCEQ Data
  › Agency Organization Map

  ›› Questions or Comments:
  oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | 270345 |
| **Complaint Received Date:** | 10/09/2017 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 05/18/2018 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | HEALTH |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **County:** ❓ | HARRIS |

**Description:**

The complainant alleged an odor.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:   Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p    Go

**SUBJECT INDEX**
‣ Air   ‣ Water   ‣ Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **270345** | |
| **Investigation #:** ❓ | 1442919 |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **Regulated Entity #:** ❓ | RN104808498 |
| **County:** ❓ | HARRIS |
| **Street Address:** ❓ | 4107 S SAM HOUSTON PKWY W |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 10/05/2017 |

| **Media:** | **Program:** |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]  [Go]

SUBJECT INDEX
 ‣ Air  ‣ Water  ‣ Waste
‣ Search TCEQ Data
‣ Agency Organization Map

›‣ Questions or Comments:
  oce@tceq.texas.gov

SITE NAVIGATION:

▪ Cleanups, Remediation
▪ Emergency Response
▪ Licensing
▪ Permits, Registrations
▪ Preventing Pollution
▪ Recycling
▪ Reporting
▪ Rules

▫ About TCEQ
▫ Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **274497** | |
| **Complaint Received Date:** 11/30/2017 | |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 05/25/2018 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | GENERAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **County:** ❓ | HARRIS |

**Description:**

Complainant alleges an odor.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an
Environmental Investigator.

View Investigation Details                                    Return to Top

New Search



**SITE SEARCH:**

please enter search p   Go

**SUBJECT INDEX**
- ‣ Air  ‣ Water  ‣ Waste
- ‣ Search TCEQ Data
- ‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **274497** | |
| **Investigation #:** ❓ | 1467094 |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **Regulated Entity #:** ❓ | RN104808498 |
| **County:** ❓ | HARRIS |
| **Street Address:** ❓ | 4107 S SAM HOUSTON PKWY W |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 12/14/2017 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   [Go]

**SUBJECT INDEX**
  ‣ Air  ‣ Water  ‣ Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

▫ About TCEQ
▫ Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **280588** | |
| **Complaint Received Date:** 03/13/2018 | |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 03/29/2018 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | GENERAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **County:** ❓ | HARRIS |

**Description:**

The complainant alleges an odor.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                                    Return to Top

New Search

---

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

please enter search p [  Go  ]

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **280588** | |
| **Investigation #:** ❓ | 1479471 |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **Regulated Entity #:** ❓ | RN104808498 |
| **County:** ❓ | HARRIS |
| **Street Address:** ❓ | 4107 S SAM HOUSTON PKWY W |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77053 |
| **Date of Investigation:** ❓ | 03/22/2018 |

| **Media:** | **Program:** |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                      Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

[please enter search p]   [Go]

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ | 285689 |
| **Complaint Received Date:** | 05/30/2018 |
| **Number Complaining:** | 1 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 06/13/2018 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | PAST |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | LONE STAR RECYCLING & DISPOSAL |
| **County:** ❓ | HARRIS |

**Description:**

Complainant alleges odor.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                                      Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p [ Go ]

**SUBJECT INDEX**
  › Air › Water › Waste
› Search TCEQ Data
› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| Complaint Tracking #: | 285689 |
|---|---|
| Investigation #: | 1497149 |
| Regulated Entity: | LONE STAR RECYCLING & DISPOSAL |
| Regulated Entity #: | RN104808498 |
| County: | HARRIS |
| Street Address: | 4107 S SAM HOUSTON PKWY W |
| City: | HOUSTON |
| Zip: | 77053 |
| Date of Investigation: | 06/13/2018 |

| Media: | Program: |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE DISPOSAL |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

| please enter search p | Go |

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data

> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #: ❓ 117605**
**Complaint Received Date:** 12/10/2008
**Number Complaining:** 1

**Status:** ❓ CLOSED
**Status Date:** ❓ 12/19/2008

**Nature:** ❓ ODOR
**Frequency:** ❓ INTERMITTENT
**Duration:** ❓ ESTIMATED
**Media:** ❓ AIR
**Program:** ❓ AIR QUALITY - HIGH LEVEL
**Priority:** ❓ Within 14 Calendar Days
**Effect:** ❓ ENVIRONMENTAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓ NALCO FRESNO FACILITY
**County:** ❓ FORT BEND

| Description: |
| --- |
| Complainant alleges a nearby facility is releasing chemical vapors to the atmosphere and claims the vapor recovery system is not in use. |

| Comment: |
| --- |
| Alleged source is Champion Technologies located at 3130 FM 521, Fresno, TX |

| Action Taken: |
| --- |
| Complaint unconfirmed. The allegations made by the complainant could not be confirmed by the investigator. No violation will be issued. No copy of the final investigation report will be mailed to the complainant as the complainant was anonymous. |

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

Case 3:16-cv-00323   Document 61-21   Filed in TXSD on 08/10/18   Page 69 of 80

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

| please enter search p | Go |

**SUBJECT INDEX**

‣ Air  ‣ Water  ‣ Waste

› Search TCEQ Data

› Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **117605** | |
| **Investigation #:** ❓ | 721919 |
| **Regulated Entity:** ❓ | NALCO FRESNO FACILITY |
| **Regulated Entity #:** ❓ | RN101618882 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 3130 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 12/18/2008 |

| Media: | Program: |
|---|---|
| AIR | AIR NEW SOURCE PERMITS |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.investigation&invid=53...   7/24/2018



SITE SEARCH:
please enter search p [  ]  Go

**SUBJECT INDEX**
‣ Air  ‣ Water  ‣ Waste
‣ Search TCEQ Data
‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ **239662** | |
| **Complaint Received Date:** | 07/22/2016 |
| **Number Complaining:** | 55 |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 08/24/2016 |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ACTUAL |
| **Media:** ❓ | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 14 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| **Receiving Water Body:** ❓ | |
| **Regulated Entity:** ❓ | GENERIC INCIDENT ZIP CODE 77584 |
| **County:** ❓ | BRAZORIA |

**Description:**

The Complainant is concerned about odors coming from an unknown source in the area.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

View Investigation Details                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.complaint&incid=239662   7/11/2018



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **239662** | |
| **Investigation #:** ❓ | 1350281 |
| **Regulated Entity:** ❓ | NALCO FRESNO FACILITY |
| **Regulated Entity #:** ❓ | RN101618882 |
| **County:** ❓ | BRAZORIA |
| **Street Address:** ❓ | 3130 FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 08/02/2016 |

| Media: | Program: |
|---|---|
| AIR | AIR NEW SOURCE PERMITS |

**Notice of Violation** ❓ **Date: 10/06/2016**

Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| RESOLVED | 10/05/16 | Failure to maintain the thermal oxidizer (EPN: TO-1) above 1400 degrees Fahrenheit. (Category C 1) | 30 TAC Chapter 116, SubChapter B | 116.115 (c) |
| RESOLVED | 10/05/16 | Failure to maintain the thermal oxidizer (EPN: TO-1) above 1400 degrees Fahrenheit. (Category C 1) | 5C THSC Chapter 382 | 382.085 (b) |
| RESOLVED | 10/05/16 | Failure to maintain the thermal oxidizer (EPN: TO-1) above 1400 degrees Fahrenheit. (Category C 1) | 30 TAC Chapter 122, SubChapter B | 122.143 (4) |

Back to Complaint Status                                    Return to Top



SITE SEARCH:

please enter search p   | Go |

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

SITE NAVIGATION:

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 120457 | |
| **Complaint Received Date:** 02/20/2009 | |
| **Number Complaining:** 1 | |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 03/30/2009 |
| | |
| **Nature:** ❓ | MUNICIPAL NON-INDUSTRIAL |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | WASTE |
| **Program:** ❓ | MUNICIPAL SOLID WASTE - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | ENVIRONMENTAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | STERICYCLE |
| **County:** ❓ | FORT BEND |

**Description:**

While driving through area detected a horrible stench that burns his/her eyes and causes shortness of breath, for the last two years. The complainant alleges the odor is originating from a medical waste facility which is burning medical waste. The complainant stated that they have seen emissions from the facility.

**Comment:**

No comment available.

**Action Taken:**

Region 12 Houston reviewed the information received and nature of the complaint. Mr. Aron Athavely conducted the file review and complaint site investigation on 03/18/2009. The investigation details are found in a separate report associate with this incident number.

View Investigation Details                                      Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:

please enter search p   Go

**SUBJECT INDEX**
> Air  > Water  > Waste

> Search TCEQ Data
> Agency Organization Map

>> Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the
TCEQ lately? Complete our
Customer Satisfaction
Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ **120457** | |
| **Investigation #:** ❓ | 740710 |
| **Regulated Entity:** ❓ | STERICYCLE |
| **Regulated Entity #:** ❓ | RN101304863 |
| **County:** ❓ | FORT BEND |
| **Street Address:** ❓ | 2725C FM 521 RD |
| **City:** ❓ | FRESNO |
| **Zip:** ❓ | 77545 |
| **Date of Investigation:** ❓ | 03/18/2009 |

| **Media:** | **Program:** |
|---|---|
| WASTE | MUNICIPAL SOLID WASTE PROCESSING |

| **Violations:** |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact
Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.investigation&invid=40...   7/24/2018



SITE SEARCH:

please enter search p [ Go ]

**SUBJECT INDEX**
- ‣ Air  ‣ Water  ‣ Waste
- ‣ Search TCEQ Data
- ‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**
- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

| | |
|---|---|
| **Complaint Tracking #:** ❓ 263555 | |
| **Complaint Received Date:** 07/19/2017 | |
| **Number Complaining:** 9 | |
| | |
| **Status:** ❓ | CLOSED |
| **Status Date:** ❓ | 08/08/2017 |
| | |
| **Nature:** ❓ | ODOR |
| **Frequency:** ❓ | CURRENT |
| **Duration:** ❓ | ESTIMATED |
| **Media:** ❓ | AIR |
| **Program:** ❓ | AIR QUALITY - HIGH LEVEL |
| **Priority:** ❓ | Within 30 Calendar Days |
| **Effect:** ❓ | GENERAL |
| | |
| **Receiving Water Body:** ❓ | |
| | |
| **Regulated Entity:** ❓ | GENERIC INCIDENT ZIP CODE 77584 |
| **County:** ❓ | BRAZORIA |

**Description:**

The Complainant is concerned about odor coming from a source in the area.

**Comment:**

More information will be available upon approval of the investigation report.

**Action Taken:**

Please refer to investigations #1430879 and #1430877 for more information.

View Investigation Details                                    Return to Top

New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us

Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



SITE SEARCH:
please enter search p    Go

**SUBJECT INDEX**
‣ Air   ‣ Water   ‣ Waste
‣ Search TCEQ Data
‣ Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** ❓ | **263555** |
| **Investigation #:** ❓ | 1430879 |
| **Regulated Entity:** ❓ | SYNTECH CHEMICALS |
| **Regulated Entity #:** ❓ | RN100664994 |
| **County:** ❓ | BRAZORIA |
| **Street Address:** ❓ | 14822 HOOPER RD |
| **City:** ❓ | HOUSTON |
| **Zip:** ❓ | 77047 |
| **Date of Investigation:** ❓ | 07/31/2017 |

| Media: | Program: |
|---|---|
| AIR | AIR QUALITY NON PERMITTED |

| Violations: |
|---|
| No NOV/NOE has been issued. |

Back to Complaint Status                    Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality

http://www2.tceq.texas.gov/oce/waci/index.cfm?fuseaction=home.investigation&invid=96...   7/11/2018



SITE SEARCH:
please enter search p   Go

**SUBJECT INDEX**
 ›  Air   › Water   › Waste
 › Search TCEQ Data
 › Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**

- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Status

**Complaint Tracking #:** ❓ **264926**
**Complaint Received Date:** 08/07/2017
**Number Complaining:** 16

**Status:** ❓         CLOSED
**Status Date:** ❓   08/17/2017

**Nature:** ❓              ODOR
**Frequency:** ❓          CURRENT
**Duration:** ❓           ESTIMATED
**Media:** ❓              AIR
**Program:** ❓            AIR QUALITY - HIGH LEVEL
**Priority:** ❓           Within 14 Calendar Days
**Effect:** ❓             GENERAL

**Receiving Water Body:** ❓

**Regulated Entity:** ❓  GENERIC INCIDENT ZIP CODE 77584
**County:** ❓            BRAZORIA

---

**Description:**

The Complainant is concerned about odor coming from a source in the area.

---

**Comment:**

More information will be available upon approval of the investigation report.

---

**Action Taken:**

This complaint has been assigned and will be further investigated by an Environmental Investigator.

---

View Investigation Details                              Return to Top
New Search

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links:  Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality



**SITE SEARCH:**

[please enter search p] [Go]

**SUBJECT INDEX**
> Air  > Water  > Waste
> Search TCEQ Data
> Agency Organization Map

›› Questions or Comments:
oce@tceq.texas.gov

**SITE NAVIGATION:**
- Cleanups, Remediation
- Emergency Response
- Licensing
- Permits, Registrations
- Preventing Pollution
- Recycling
- Reporting
- Rules

- About TCEQ
- Contact Us

Have you had contact with the TCEQ lately? Complete our Customer Satisfaction Survey.

# Complaint Investigation Details

| | |
|---|---|
| **Complaint Tracking #:** | **264926** |
| Investigation #: | 1435135 |
| Regulated Entity: | SYNTECH CHEMICALS |
| Regulated Entity #: | RN100664994 |
| County: | BRAZORIA |
| Street Address: | 14822 HOOPER RD |
| City: | HOUSTON |
| Zip: | 77047 |
| Date of Investigation: | 08/10/2017 |

| Media: | Program: |
|---|---|
| AIR | AIR NEW SOURCE PERMITS |

**Notice of Enforcement** Date: 03/16/2018
Violations:

| Status | Date | Abbreviated Description | Regulation | Specific Citation |
|---|---|---|---|---|
| ACTIVE | 02/12/18 | Failure to obtain authorization for a source of air contaminants. [CATEGORY A2.c] Specifically, the Respondent modified the Dimethyl Succinylo Succinate Process that was authorized by Standard Exemption Nos. 51 and 106 on July 29, 1993 by installing a carbon adsorption system by August 15, 2017 prior to obtaining the proper authorization. | 30 TAC Chapter 116, SubChapter B | 116.110 (a) |
| ACTIVE | 02/12/18 | Failure to obtain authorization for a source of air contaminants. [CATEGORY A2.c] Specifically, the Respondent modified the Dimethyl Succinylo Succinate Process that was authorized by Standard Exemption Nos. 51 and 106 on July 29, 1993 by installing a carbon adsorption system by August 15, 2017 prior to obtaining the proper authorization. | 5C THSC Chapter 382 | 382.0518 (a) |
| ACTIVE | 02/12/18 | Failure to obtain authorization for a source of air contaminants. [CATEGORY A2.c] Specifically, the Respondent modified the Dimethyl Succinylo Succinate Process that was authorized by Standard Exemption Nos. 51 and 106 on July 29, 1993 by installing a carbon adsorption system by August 15, | 5C THSC Chapter 382 | 382.085 (b) |

2017 prior to obtaining the proper authorization.

For more information on Enforcement Actions, search Pending Enforcement Actions using the Regulated Entity Number.

Back to Complaint Status                                              Return to Top

Site Help | Disclaimer | Web Policies | Accessibility | Our Compact with Texans | TCEQ Homeland Security | Contact Us
Statewide Links: Texas.gov | Texas Homeland Security | TRAIL Statewide Archive | Texas Veterans Portal

Last modified November 29, 2016

© 2002-2016 Texas Commission on Environmental Quality