IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

JING GAO, ALVIN RABSATT,
BARRY NIXON, PATRICIA NIXON,
KATHERINE PIERCE, ARTHUR
PIERCE, MADISON LOWE, and
IOLANDA LOWE, on behalf of
themselves and all others similarly
situated,

VS.

BLUE RIDGE LANDFILL TX, LP

§
§
§
§
§
§
§

CIVIL ACTION NO. 3:16-cv-00323

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

TO THE HONORABLE DISTRICT JUDGE:

Plaintiffs Jing Gao, Alvin Rabsatt, Barry Nixon, Patricia Nixon, Katherine Pierce, Madison

Lowe, and Iolanda Lowe ("Plaintiffs") hereby request that the Court extend the deadline for

Plaintiffs to respond to Defendant's Motion for Summary Judgment ([Doc. No. 61]) and, in support

thereof, would respectfully show as follows:

1. On August 10, 2017, Defendant filed a Motion for Summary Judgment ([Doc. No. 61])

   that asserts, among other things, that Plaintiffs' claims are barred because Defendant claims

   that the nuisance must have begun outside the statute of limitations.

2. Discovery is ongoing in this case. On August 24, 2018, the parties deposed the agency

   designee of the Texas Commission on Environmental Quality. Plaintiffs' counsel has been

   informed that the transcript of that deposition will not be available prior to the current

   August 31, 2018 deadline to respond to Defendant's motion.

3. Plaintiffs intend to use testimony from the TCEQ deposition in support of their argument

that to the extent the nuisance may be deemed permanent, it did not begin until late 2015

and therefore no claims are barred and the Plaintiffs do not lack standing to pursue their

claims.

4.  Plaintiffs request that the Court extend the deadline to respond to Defendant's motion from

August 31, 2018 to September 14, 2018 so that the Court may have the benefit of the record

in deciding that motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray the Court reset the deadline

for Plaintiffs to respond to Defendant's Motion for Summary Judgment from August 31, 2018 to

September 14, 2018.

**Dated:      August 30, 2018**

Respectfully submitted,

GILMAN �֍ALLISON LLP


*/s/ Brenton J. Allison*
Brenton J. Allison
Texas Bar No. 24040417
Federal I.D. No. 36863
Douglas T. Gilman
Texas Bar No. 24048496
Federal I.D. No. 19897
Telephone (713) 224-6622
Facsimile (866) 543-3643
ballison@gilmanallison.com

David R. Dubin*
Nicholas A. Coulson*
*Pro Hac Vice Motions to be Submitted*
**LIDDLE & DUBIN PC**
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101
Tel: (313) 392-0015/Fax: (313) (313) 392-0025
ddubin@ldclassaction.com
ncoulson@ldclassaction.com

**ATTORNEYS FOR PLAINTIFFS AND THE
PUTATIVE CLASS**

**OF COUNSEL:**

GILMAN �֍ ALLISON LLP
Liddle & Dubin, P.C.


## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiffs have conferred with counsel for Defendant and that they are UNOPPOSED to the motion and relief sought herein.


*/s/ Brenton J. Allison*
Brenton J. Allison

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this document on this **30th day of August, 2018**, and that a true and correct copy of the foregoing was served on all counsel of record via CM/ECF, facsimile (pursuant to written agreement of counsel), hand delivery, or certified mail – return receipt requested.

Troy Ford                                    *VIA CM/ECF*
Patrice Childress
Beck Redden LLP
1221 McKinney Street
Houston, Texas 77010

William G. Beck                              *VIA CM/ECF*
Robert G. Rooney
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2200
Kansas City, Missouri 64108-2618

/s/ Brenton J. Allison
Brenton J. Allison