UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2018
David J. Bradley, Clerk

Jing Gao, *et al.*, §
§
      Plaintiffs, §
§
*versus* §    Civil Action G-16-323
§
Blue Ridge Landfill TX, LP, §
§
      Defendant. §

## Order Granting Leave

By September 27, 2018, the plaintiffs may file a supplemental brief in opposition to the motion for summary judgment.

Signed on September 13, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge