# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Gibbs   ☐ LeBouef   ☐ |
| DATE | 9/18/2018 |
| TIME | 10:40 a.m. — 11:10 a.m. |
| CIVIL ACTION | H G — 16 — 323 |
| STYLE | Gao, et al. versus Blue Ridge Landfill |

DOCKET ENTRY

☑ Conference;  ☐ Hearing;  _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Metzger)

Troy Ford _____ for  ☐ Ptf. # _____  ☑ Deft. # _____
William Beck _____ for  ☐ Ptf. # _____  ☑ Deft. # _____
Brent Allison _____ for  ☑ Ptf. # _____  ☐ Deft. # _____
Nick Coulson _____ for  ☑ Ptf. # _____  ☐ Deft. # _____

☐ All motions not expressly decided are denied without prejudice.
☐ **Evidence taken** [exhibits or testimony].
☐ Argument heard on:  ☐ all pending motions;  ☐ these topics: _____

☑ Motions taken under advisement: motion for summary judgment
☐ Order to be entered.
☑ Internal review set: October 1, 2018
☐ Rulings orally rendered on: _____