IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JING GAO, ALVIN RABSATT, BARRY NIXON, PATRICIA NIXON, KATHERINE PIERCE, ARTHUR PIERCE, MADISON LOWE, and IOLANDA LOWE, on behalf of themselves and all others similarly situated,<br><br>VS.<br><br>BLUE RIDGE LANDFILL TX, LP | § § § § § § § § § | CIVIL ACTION NO. 3:16-cv-00323 |

## DECLARATION OF BRENTON ALLISON IN OPPOSITION TO DEFENDANT BLUE RIDGE LANDFILL TX, LP'S MOTION FOR SUMMARY JUDGMENT

1. My name is Brenton J. Allison. I am over 18 years of age, of sound mind, and fully competent to make this declaration. I have personal knowledge of the facts stated herein. They are all true and correct. If called to testify to the matters contained herein, I could and would do so.

2. The following exhibits attached to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment are true and correct copied of the following:

| Exhibit Number | Document |
|---|---|
| 1 | TCEQ August 2018 Pearland Odor Complaints Fact Sheet |
| 2 | TCEQ September 2016 Pearland Odor Complaints Fact Sheet |
| 3 | TCEQ 2016 Summary Notice of Enforcement to Blue Ridge for Creating Odor Nuisance |
| 4 | TCEQ Blue Ridge Landfill Compliance Report |
| 5 | TCEQ Pearland Odor Investigation Report 9/25-10/30 of 2015 |

| 6 | City of Pearland May 25, 2016 Odor Complaint Memorandum |
| 7 | Pearland's Complaint against Defendant |
| 8 | Excerpts from the December 8, 2017 Deposition of Brandon Rogers |

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 31, 2018

*[signature]*
Brenton J. Allison