| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 03, 2018
David J. Bradley, Clerk

Jing Gao, et al., §
§
Plaintiffs, §
§
versus § Civil Action G-16-323
§
Blue Ridge Landfill TX, LP, §
§
Defendant. §

## Order Striking Supplemental Brief

The plaintiffs' supplemental brief is struck as not being supplemental at all, but a data dump. (70)(74)

Signed on October 3, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge