| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
October 04, 2018
David J. Bradley, Clerk

Jing Gao, *et al.*, §
　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　§
*versus* 　　　　　　§　　Civil Action G-16-323
　　　　　　　　　　§
Blue Ridge Landfill TX, LP, §
　　　　　　　　　　§
　　　　Defendant. §

## Order on Extension

The plaintiffs' motion is denied as moot. (62)

Signed on October ___4___, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge